IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED, AND AS NEXT FRIEND OF DJ AND CJ, MINOR CHILDREN § § § § § § | | |
| Plaintiff § | CIVIL ACTION NO: 1:15-cv-190 | |
| v. § | JURY DEMANDED | |
| CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES § § § § § § § | | |
| Defendants. § | | |

## PLAINTIFF'S NOTICE OF EXPERT DISCLOSURES

PLAINTIFF, SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED, AND AS NEXT FRIEND OF DJ AND CJ, MINOR CHILDREN, certifies that she served her First Amended and/or Supplemental Expert Disclosures on Defendants on May 31, 2016, as required by Federal Rule of Civil Procedure 26(a).

Respectfully submitted,

**PROVOST UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
Telefax: (409) 813-8605



By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    RONNIE TURNER, JR.
    State Bar No. 24075533
    rturner@pulf.com
    JAMES E. PAYNE
    State Bar No. 00788171
    jpayne@pulf.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record via facsimile on this the 31st day of May, 2016.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
RONNIE TURNER, JR.