# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED AND AS NEXT FRIEND OF DUSTIN JONES AND CENIYA JONES, MINOR CHILDREN | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:15-cv-00190 |
| CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | § § § § § § § | |

## CUSTODIAN OF RECORDS AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF JASPER | § |

BEFORE ME, the undersigned authority, on this day personally appeared Paul Brister, who, upon being by me duly sworn, did depose and state as follows:

"My name is Paul Brister. I am a citizen of the United States, residing in the State of Texas, am over the age of eighteen (18), have never been convicted of a felony or crime involving moral turpitude, am of sound mind and am fully competent, in all respects to make this Affidavit. I have personal knowledge of all the facts stated herein, and same are true and correct.

"I am currently, the Chief of Police for the City of Kirbyville Police Department. In that capacity, I have access to all the records for the City of Kirbyville Police Department.

"I am also one of the Custodian of Records for the City of Kirbyville Police Department. Attached hereto are 152 pages of records. These records are designated as Exhibits 'C1' – 'C15.' These said 152 pages of records are kept by the City of Kirbyville Police Department in the regular course of business, and it was the regular course of business of the City of Kirbyville Police Department for an employee or representative of the City of Kirbyville Police Department, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at, or near, the time or

reasonable soon thereafter. The records attached hereto are the original, or exact duplicates of the original, with the exception of the added Exhibit pages and the bates stamped number designations (Kirbyville 0000XX) in the lower right hand corner of each attached document. Also, Exhibit 'C10' does not include the voluminous exhibits that were attached and referenced within the Texas Ranger Report.

"Further, Affiant sayeth not."

_____
Paul Brister - Affiant


SWORN TO AND SUBSCRIBED BEFORE ME on this the 4th day of August, 2016, to certify which witness my hand and seal of office.

LELA N. ODOM
Notary Public, State of Texas
Comm. Expires 01-26-2019
Notary ID 12596523-1

_____
Notary Public, State of Texas

EXHIBIT "C-1"

# AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF JASPER**

Before me, the undersigned authority in and for the State of Texas, on this day personally appeared, Josh Hancock, who, after being by me duly sworn, deposes and said:

My name is Josh Hancock. I am of sound mind, over 18 years of age, and competent to give this affidavit.

1. I, Deputy Josh Hancock, am a certified Peace Officer in and for the State of Texas. I am employed by Kirbyville Police Department, in the County of Jasper, State of Texas, and was so employed at the time of this investigation. The bases for my belief and knowledge are as follows:

2. On or about 02-14-2013 at approx. 0850 hrs this officer received a call via dispatch in reference to a wanted subject out of Jefferson County. Dispatch advised Dustin Keith Jones was seen at the residence of Arthur Breed on Chestnut St. off MLK. Jones was stated to be in the yard of the residence walking around without a shirt on. Caller advised dispatch that Jones was stated to have been using drugs at the residence and was still there at this time. Dispatch advised that Jones was wanted for Aggravated assault, Aggravated Robbery, and Sexual Assault of a Child. Dispatch advised they spoke with Jefferson County and the Warrants were confirmed.

3. Due to the nature of the warrants this officer contacted Chief Paul Brister to assist in the apprehension of Jones.

4. While in route to the residence dispatch advised this officer that Jones was still at the residence and that he was known to carry a gun. This officer advised Chief Brister of the information.

5. At approx. 0902 hrs. this officer and Chief Brister arrived at the residence of Arthur Breed on Chestnut St. At this time this officer and Chief Brister made contact with Breed who was standing in the yard. Upon being asked who was at the residence, Breed stated his daughter was. This officer asked Breed if there was anyone else in the residence at which time he stated her husband (Jones) was also. This officer asked Breed what her husbands name was at which time, Breed advised Dustin.

6. This officer and Chief Brister approached the door of the residence that the suspect was stated to be in. This officer called out "Dustin" and a voice from inside the residence stated "Yah." This officer advised the suspect (Jones) to come out of the residence and speak with officers. The suspect complied and walked outside. Upon being asked what his name was, the suspect stated Dustin Jones.

7. This officer asked Jones to place his hands on the side of the trailer home at which time he complied. Upon performing a pat search for weapons this officer asked Jones if he had any weapons on his person at which time Jones stated that he had a knife in his pocket. At

this time Jones was advised that he had warrants for his arrest out of Jefferson County and that he was going to be placed under arrest.

8. Upon attempting to place handcuffs on Jones he turned and struck this officer in the chest knocking this officer into Chief Brister. Upon loosing control of Jones, Jones ran towards MLK and this officer began pursuit.

9. This officer attempted to deploy the Taser on Jones at which time it failed to fire. Upon getting the Taser to deploy, the shot missed Jones and the foot pursuit continued.

10. This officer pursued Jones South on MLK to Henry Robinson St. and East on Henry Robinson St. This officer was able to bring Jones to the ground and end the foot pursuit in the yard of the church on Henry Robinson St.

11. Upon struggling with Jones on the ground, this officer realized that my handcuffs and Taser had been lost in the pursuit. This officer attempted to call for help on the radio at which time Jones stripped the radio from this officer's hand and threw it across the yard. A fight continued with Jones at which time Jones was able to get on top of this officer, pinning this officer to the ground. This officer's ability to breath became restricted, and this officer was close to losing consciousness.

12. Chief Brister at this time arrived to assist this officer. Chief Brister attempted to get Jones off this officer by striking him in about the head and shoulders area with an SL20 flashlight. The attempt was not affective in getting Jones off of this officer. This officer advised Chief Brister that Jones being on top of this officer was restricting this officer's breathing to "Get him off of me". Chief Brister then performed a hold on Jones and rolled him off of this officer.

13. Chief Brister was able to lock his legs around Jones holding him to the ground were this officer was able to get on top of them and hold Jones's arms due to the fact Jones was still trying to fight.

14. To our knowledge other officers were in route to our location to assist with the apprehension of Jones, at which time this officer and Chief Brister continued to hold Jones on the ground with what strength we had left, until the other officers arrived.

15. While on the ground Chief Brister stated that he was having trouble breathing due to the weight of Jones and me on top of him, that "they need to get here."

16. A women standing behind us, later identified as Krissy Adams, called out to us and asked if we needed help. This officer advised Mrs. Adams to call 911 and let them know were we were located and to get the bag in the rear of my patrol vehicle where a set of handcuffs were located. At this time this officer observed that Jones was not breathing and advised Chief Brister.

17. Chief Brister released his hold on Jones and we handcuffed him. This officer rolled Jones onto his back and checked for a heart beat. This officer was unable to detect a heart beat from Jones at which time this officer began chest compressions. Krissy Adams stated that she was a nurse and provided assistance with CPR. Chief Brister called dispatch at this time and requested an ambulance to our location for Jones.

Kirbyville 000011

18. Upon arrival of back up units and EMS they took over CPR and medical treatment of Jones.

I have read the above statement, which is based on my personal knowledge, and is true and correct.

_____     5-15-2013     1410
        Signature               Date         Time

Subscribed and sworn to before me, Daniel Young_____, a peace officer of the State of Texas, and pursuant to §602.002 Texas Government Code, on this the 15th day of _____May_____, A.D. 2013.

_____
        Peace Officer

Kirbyville 000012

EXHIBIT "C-2"

# AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF JASPER**

Before me, the undersigned authority in and for the State of Texas, on this day personally appeared, Paul Brister, who, after being by me duly sworn, deposes and said:

My name is Paul Brister. I am of sound mind, over 18 years of age, and competent to give this affidavit.

1. On Tuesday May 14th 2013 at approximately 8:50 AM, I, Paul Brister Chief of Police for the Kirbyville Police Department, received a phone call from Kirbyville PD Officer Josh Hancock in reference to warrant service.

2. Officer Hancock stated that the Jasper Sheriffs Office dispatch had called him and said that the Jeff. Co. Sheriffs Office had sent 3 Felony Arrest Warrants for suspect Dustin Keith Jones. Two probation violations, 1 for Aggravated Assault and the other for Aggravated Robbery, and one for Sexual Assault of a Child.

3. The dispatcher said that the suspect Jones was at a residence on MLK, being the residence of Arthur Breed, and further stated that Jones always carried a gun.

4. Officer Hancock and I proceeded to the residence and as we drove into the driveway at approximately 9:04 AM we saw Mr. Breed sitting outside. We approached Mr. Breed, and Officer Hancock asked him if anyone was in the residence. Mr. Breed said his daughter was and when asked who else, Mr. Breed said her husband (Jones). Officer Hancock asked his name and Mr. Breed stated Dustin.

5. We approached the door of the residence and Officer Hancock called Jones name and asked him to come outside and speak with us. Jones complied and walked out, and Officer Hancock asked Jones to place his hands on the side of the residence to perform a pat down for weapons. Jones again complied.

6. As Officer Hancock began his pat down, Officer Hancock advised Jones that he had warrants out of Jefferson County.

7. At this time Jones turned and hit Officer Hancock in the chest, knocking Officer Hancock backwards into myself.

8. Jones ran onto MLK and we both pursued on foot.

9. Officer Hancock drew his Taser and fired but missed Jones, and the foot pursuit continued.

10. I ran back to the residence and got in the Kirbyville PD marked patrol unit and followed. I found the two of them on Henry Robinson Street, both lying on the ground.

11. I saw Officer Hancock on the ground on his back with Jones on top of him.

Kirbyville 000007

12. I had my duty weapon, Glock Model 23 .40 caliber pistol, but because of the close proximity between Officer Hancock and Jones straddled over the top of him, I was in fear that discharging my pistol at Jones could also cause injury to Officer Hancock. I retrieved a SL-20 flashlight from the patrol unit, and ran over to assist Officer Hancock.

13. As I was going over to assist Officer Hancock, Jones was still on top of him. Officer Hancock was saying with labored breathe, I can't breath, get him off of me. Officer Hancock was short of breathe, his face was pale, and his eyes had that faraway "oh shit" I'm in a bind look. Recognizing that Officer Hancock was in immediate imminent danger of serious bodily injury or death and not knowing if Officer Hancock had already been injured by Jones (possibly shot or stabbed), I struck Jones about the head and shoulders with the SL20 flashlight in an attempt to get Jones off of Officer Hancock.

14. As this measure rendered no relief to Officer Hancock, and seeing he was still in trouble. I threw the flashlight out of reach, and I got Jones in a headlock and rolled him off of Officer Hancock and at the same time was able to wrap my legs around him and lock my boots together.

15. Officer Hancock got up and got on top of us both and held Jones hands as Jones was still trying to fight.

16. Officer Hancock and I only had enough energy to hold Jones in this position until back up officers that we knew were on the way, arrived.

17. It is unknown to me how long we were down on the ground holding Jones, but I was completely out of energy, and remember telling Officer Hancock that back up needed to get here because I was get to the point where I was out of breathe.

18. Shortly afterwards Officer Hancock stated "Paul I don't think he's breathing." I then released my hold, and we rolled Jones onto his stomach, restrained him, and then rolled him back onto his back. Officer Hancock and a Good Samaritan neighbor began CPR.

19. I at this time used my cell phone and called Jasper Co. S.O. 911 and requested an ambulance.

20. At this time other Officers arrived and took over CPR.

I have read the above statement, which is based on my personal knowledge, and is true and correct.

_____     05/15/2013      2:12PM
Signature                              Date            Time

Subscribed and sworn to before me, _Dan Young_____, a peace officer of the State of Texas, and pursuant to §602.002 Texas Government Code, on this the _15th_ day of _~~31st~~ May_, A.D. 20 13 .

_____
Peace Officer

EXHIBIT "C-3"





Kirbyville  000146



Kirbyville  000147



Kirbyville 009148





EXHIBIT "C-4"



EXHIBIT "C-5"

Exhibit #1.19

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
**TEXAS RANGER DIVISION**
**WITNESS STATEMENT**

THE STATE OF TEXAS §

COUNTY OF HARRIS §

DATE: 05/17/2013
TIME: 11:10 AM

**BEFORE ME**, the undersigned authority, in and for the State of Texas, on this day personally appeared, KRISSY THOMAS-ADAMS, DOB ▮▮▮▮▮▮▮, residing at ▮▮▮▮▮▮▮▮▮ TOMBALL, TEXAS 77377, who, after being by me duly sworn, deposes and states:

I Krissy Thomas-Adams on the date of May 14, 2013 was in Kirbyville visiting my mother Joan Rawls with my daughter Kacye Adams. I heard my mother call out to me to come see that someone was fighting. I ran to the driveway and noticed there were three people in a struggle. I was not able to make out who they were. I noticed the younger officer hitting someone with the club as the other guy was swinging at him. I did at this point notice that one of them was an officer of the law because of the waste belt that he was wearing. When I noticed this I started to video tape the scene. While I was videoing the scene I saw that someone that was under the crowd had stop kicking. It appeared that the guy was fighting two of the officers I ran over and ask them if they needed backup, while I heard the officer asking him "do you give up!" The younger officer was on top of the pile and stated "YES!!" I proceeded to dial 911 to dispatch for help. While trying to speak to 911 the officer started screaming "send someone fast, because they don't know where we are". I then laid my phone on the ground and allowed the 911 and the officer to talk. While doing this I informed the officer that the suspect was not moving and not breathing. He asked me to get his belt out of the left front seat to help him secure the suspect. I went to the vehicle but I was not sure what it looked like. He then asked me to grape his brown backpack that was in the back, so I did. He proceeded to secure the suspect while the other officer seems in a lot of distress moved away from the scene to catch his breath. I then told him that I can assist with CPR I am a nursing

student UTA. He asked me to look in his truck by the little black box on the right and grab the mask and ambu bag. I return to the officer and open the bag and place the mouthpiece on the suspect and began to administer CPR. After a while we switched places to where I was doing the compressions and he was bagging. The other officer was taken water by my daughter to help calm him down. It was a few minutes before other officers had shown up to relieve me. After this there became a crowd of people and commits and such took place.

I have been explained the meaning of Perjury and Aggravated Perjury. I understand the meaning of Perjury and Aggravated Perjury as explained to me.

This statement is true and correct and I am giving it to Texas Ranger

JEFF OWLES.

I have read this statement consisting of _2_ page(s), and I do affirm that all the facts and statements contained herein are true and correct.

_____
(witness)

Subscribed and sworn to before me, JEFF OWLES, a peace officer of the State of Texas and pursuant to §602.002 Texas Government Code, on this the _17_ day of MAY , A.D. 2013

_____
Peace Officer

EXHIBIT "C-6"

Jasper Memorial Hospital
1275 Marvin Hancock Drive
Jasper, Texas 75951-4493
(409)384-5461

| ADMISSION/SERVICE DATE: 05/14/2013   TIME: 1010   DISCHARGE DATE: | | | | | | TIME: |
|---|---|---|---|---|---|---|
| PATIENT NAME/ADDRESS | UNIT NUMBER CONFIDENTIAL MR00227303 | ROOM/BED & ACCOMMODATION | PATIENT STATUS PRE RM | ADMIT SOURCE RM ADMIT SRC | LOC/SVC AP.ER | ACCOUNT NUMBER AP00004472*2 |
| JONES,DUSTIN 10545 VERNON | | | | | | |
| BEAUMONT,TN 77713 ALTERNATE ADDRESS? PHONE (409)899-2429 SSN 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 MAIDEN | DOB 08/31/1986 AGE 26 DISP SEX M RACE AA RELIGION | MARITAL STAT S | LANGUAGE | ADMIT PRIORITY | FIN CLASS | ADMIT CLERK Confirmat |

| PATIENT'S EMPLOYER | NAME OF KIN/ADDRESS | PERSON TO NOTIFY/ADDRESS |
|---|---|---|
| PHONE OCCUPATION | | |
| GUARANTOR NAME/ADDRESS | RELATIONSHIP HOME PHONE WORK PHONE | RELATIONSHIP HOME PHONE WORK PHONE |
| SSN RELATIONSHIP | ADVANCE DIRECTIVES DOES PATIENT HAVE: | AN ADVANCE DIRECTIVE? LIVING WILL/DIRECTIVE TO PHYS & FAMILY? HEALTH PROXY? MEDICAL POWER OF ATTORNEY? OUT OF HOSPITAL DNR? DECLARATION OF MENTAL HEALTH TREATMENT? |
| GUARANTOR'S EMPLOYER | ADVANCE DIRECTIVE HIPAA DISCLOSURE INFO | WAS ORGAN DONATION INFORMATION GIVEN? |

| INS-1 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | PHONE | | | PRECERTIFICATION NUMBER |
| | INSURED NAME | DOB | RELATIONSHIP TO PT | |

| INS-2 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | PHONE | | | PRECERTIFICATION NUMBER |
| | INSURED NAME | DOB | RELATIONSHIP TO PT | |

| INS-3 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | PHONE | | | PRECERTIFICATION NUMBER |
| | INSURED NAME | | RELATIONSHIP TO PT | |

TS

| REASON FOR VISIT UNKNOWN/SUM | | PRIMARY CARE PHYSICIAN |
|---|---|---|
| DX | *HH4 | ADMITTING PHYSICIAN |
| | | ATTENDING PHYSICIAN |
| | | REFERRING PHYSICIAN |

ADMISSION FORM
PRINTED: 05/14/2013 @ 1032

ACCOUNT NUMBER

Kirbyville  000078

| DATE: 05/16/13 @ 1058 | Southeast Texas EDM *LIVE* | PAGE 1 |
| USER: KIM00472 | Complete ED Record | |

**Patient:** JONES,DUSTIN     **Age/Sex:** 25/M     **Acct No:** AF0800467372
**ED Provider:** MITCHELL,LYLIETH P MD     **Birthdate:** ▮▮▮▮     **Unit No:** MF00227203
**Admitting Doctor:**

**Demographics**

4675 ABILENE ST
BEAUMONT, TX 77703-1419
(409)550-0557
**Insurance:** UNINSURED TI▮▮▮▮▮       **PCP:**
▮▮▮▮▮▮       **Family Doctor:**
**Relation:** 04 GRANDPARENT
**Phone:** (409)▮▮▮

**ED Physician:** MITCHELL,LYLIETH P MD     **Arrival Date/Time:** 05/14/13 - 1010
**Practitioner:**     **Triage Date/Time:** 05/14/13 - 1010
**Nurse:**

**Stated Complaint:** UNRESPONSIVE
**Chief Complaint:** Cardiopulmonary Arrest     **Priority/Severity:** 1/9

| Allergy/Adverse Reaction | Type | Severity | Date |
| --- | --- | --- | --- |
| NO KNOWN ALLERGY | Allergy | | 05/14/13 |

**Height/Weight**

| ENTERED DATE TIME | HEIGHT IMPERIAL | METRIC | WEIGHT IMPERIAL | METRIC | MEASUREMENT METHOD |
| --- | --- | --- | --- | --- | --- |
| 05/14/13 1010 | 6 ft 0.00 in | 182.88 cm | 189 lbs 0 oz | 85.73 kg | Estimated |

**Vital Signs**

**Vital Signs - Adult**

**Occurred**
Date   Time User
05/14/13 1025 Alejandro Bernal, RN, RN

**Recorded**
Date   Time User
05/14/13 1034 Alejandro Bernal, RN, RN

    Systolic 107
    Diastolic 62
    Mean Arterial Pressure 77
    Location Right Upper Arm
    Source Automatic Cuff
    Position Supine
    Pulse Rate (adult) 102
    Location Heart Monitor
    Strength Strong
    Assessment Method Monitor
    Respiratory Rate 24

                 ** EDIT **

**Vital Signs - Adult**

**Occurred**
Date   Time User
05/14/13 1025 Alejandro Bernal, RN, RN

**Recorded**
Date   Time User
05/14/13 1208 Alejandro Bernal, RN, RN

| Patient: JONES,DUSTIN |
| --- |

DATE: 05/16/13 @ 1058          Southeast Texas EDM *LIVE*                    PAGE 2
USER: KIM00472                  Complete ED Record

Patient: JONES,DUSTIN                    Age/Sex: 26/M              Acct No: AP0800467372
ED Provider: MITCHELL,LYLIETH P MD       Birthdate: ▉▉▉▉▉▉▉        Unit No: MP00227203
Admitting Doctor:

Vital Signs Comment [] WARM BLANKET IN PLACE..
Vital Signs Comment [] WARM BLANKET IN PLACE..

Vital Signs - Adult

Occurred                                  Recorded
Date     Time User                        Date     Time User
05/14/13 1035 Alejandro Bernal, RN, RN    05/14/13 1123 Alejandro Bernal, RN, RN

   Systolic 99
   Diastolic 52
   Mean Arterial Pressure 68
   Location Right Upper Arm
   Source Automatic Cuff
   Position Supine
   Pulse Rate (adult) 112
   Location Heart Monitor
   Strength Strong
   Assessment Method Monitor
   Respiratory Rate 24
   Pulse Oximetry 98
   Source Rectal

Vital Signs - Adult

Occurred                                  Recorded
Date     Time User                        Date     Time User
05/14/13 1100 Alejandro Bernal, RN, RN    05/14/13 1124 Alejandro Bernal, RN, RN

   Systolic 84
   Diastolic 55
   Mean Arterial Pressure 65
   Location Right Upper Arm
   Source Automatic Cuff
   Position Supine
   Pulse Rate (adult) 123
   Location Heart Monitor
   Strength Strong
   Assessment Method Auscultation
   Respiratory Rate 18
   Effort Assisted Ventilation
   Pulse Oximetry 98

Vital Signs - Adult

Occurred                                  Recorded
Date     Time User                        Date     Time User
05/14/13 1136 Alejandro Bernal, RN, RN    05/14/13 1136 Alejandro Bernal, RN, RN

   Systolic 85
   Diastolic 61
   Mean Arterial Pressure 69
   Location Right Upper Arm
   Source Automatic Cuff
   Position Supine

Patient: JONES,DUSTIN

DATE: 05/16/13 @ 1058          Southeast Texas EDM *LIVE*                                    PAGE 3
USER: KIM00472                        Complete ED Record

Patient: JONES,DUSTIN                    Age/Sex: 26/M                    Acct No: AF0800467372
MD Provider: MITCHELL,LYLIETH F MD       Birthdate: ▇▇▇▇▇6             Unit No: MF00227203
Admitting Doctor:

Pulse Rate (adult) 136
Strength Strong
Assessment Method Monitor
Respiratory Rate 18
Effort Assisted Ventilation
Oxygen Delivery Method Mechanical Ventilation
Pulse Oximetry 99

Vital Signs - Adult

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1152 Alejandro Bernal, RN, RN   05/14/13 1157 Alejandro Bernal, RN, RN

  Systolic 96
  Diastolic 55
  Mean Arterial Pressure 69
  Location Right Upper Arm
  Source Automatic Cuff
  Position Supine
  Pulse Rate (adult) 138
  Location Heart Monitor
  Strength Strong

                                                              ** EDIT **

Vital Signs - Adult

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1152 Alejandro Bernal, RN, RN   05/14/13 1159 Alejandro Bernal, RN, RN

Vital Signs Comment () PHYSICIAN AT THE BEDSIDE TO CONTINUE ON IV MEDS AND TO WEAN OFF
Vital Signs Comment () DOPAMINE..DROPPED FROM 10TO 5....CONTINUE ON NEOSYNEPHRINE...
Vital Signs Comment () DOPAMINE..DROPPED FROM 10TO 5....CONTINUE ON NEOSYNEPHRINE...

Vital Signs - Adult

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1207 Alejandro Bernal, RN, RN   05/14/13 1208 Alejandro Bernal, RN, RN

  Systolic 102
  Diastolic 59
  Mean Arterial Pressure 73
  Location Right Upper Arm
  Source Automatic Cuff
  Position Supine
  Pulse Rate (adult) 138
  Location Heart Monitor
  Strength Strong
  Assessment Method Monitor
  Pulse Oximetry 99

Vital Signs - Adult

Occurred                                 Recorded

Patient: JONES,DUSTIN

DAT█████   1058          SRU█████████
USER AIM00472            Complete ██ ██████

**Patient: JONES,DUSTIN**
**ED Provider: MITCHELL,LYLIETH P MD**
**Admitting Doctor:**

| Date       Time User | Date       Time User |
|---|---|
| 05/14/13 1242 Alejandro Bernal, RN, RN | 05/14/13 1243 Alejandro Bernal, RN, RN |

Systolic 112
Diastolic 62
Mean Arterial Pressure 79
Location Right Upper Arm
Source Automatic Cuff
Position Supine
Pulse Rate (adult) 132
Location Heart Monitor
Strength Strong
Assessment Method Monitor
Pulse Oximetry 100

**Vital Signs - Adult**

Occurred                                     Recorded
Date       Time User                        Date       Time User
05/14/13 1251 Alejandro Bernal, RN, RN      05/14/13 1251 Alejandro Bernal, RN, RN

Systolic 117
Diastolic 69
Mean Arterial Pressure 85
Source Automatic Cuff
Position Supine
Pulse Rate (adult) 132
Location Heart Monitor
Strength Strong
Assessment Method Monitor
Respiratory Rate 18
Pulse Oximetry 98

**Vital Signs - Adult**

Occurred                                     Recorded
Date       Time User                        Date       Time User
05/14/13 1333 Alejandro Bernal, RN, RN      05/14/13 1334 Alejandro Bernal, RN, RN

Systolic 78
Diastolic 40
Mean Arterial Pressure 53
Pulse Rate (adult) 134
Location Heart Monitor
Strength Strong
Assessment Method Monitor

**Vital Signs - Adult**

Occurred                                     Recorded
Date       Time User                        Date       Time User
05/14/13 1342 Alejandro Bernal, RN, RN      05/14/13 1343 Alejandro Bernal, RN, RN

Systolic 52
Diastolic 28

**Patient: JONES,DUSTIN**

DA          13 @ 1058          Southeast Texas EDM *LIVE
USER               72                Complete ED Record

**Patient: JONES, DUSTIN**
ED Provider: MITCHELL, LYLIETH P MD
Admitting Doctor:

Mean Arterial Pressure 36
Location Right Upper Arm
Source Automatic Cuff
Pulse Rate (adult) 132
Location Heart Monitor
Respiratory Rate 18
Vital Signs Comment DR MITCHELL AT THE BEDSIDE..

**Vital Signs - Adult**

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 05/14/13 | 1401 Alejandro Bernal, RN, RN | | 05/14/13 | 1402 Alejandro Bernal, RN, RN | |

Systolic 67
Diastolic 40
Mean Arterial Pressure 49
Source Automatic Cuff
Pulse Rate (adult) 130
Location Heart Monitor
Strength Strong
Pulse Oximetry 100

**Vital Signs - Adult**

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 05/14/13 | 1412 Alejandro Bernal, RN, RN | | 05/14/13 | 1413 Alejandro Bernal, RN, RN | |

Systolic 74
Diastolic 47
Mean Arterial Pressure 56
Pulse Rate (adult) 129
Assessment Method Monitor
Pulse Oximetry 98

**Vital Signs - Adult**

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |
| 05/14/13 | 1432 Alejandro Bernal, RN, RN | | 05/14/13 | 1432 Alejandro Bernal, RN, RN | |

Pulse Rate (adult) 135
Location Heart Monitor
Strength Strong
Assessment Method Monitor
Respiratory Rate 18
Effort Assisted Ventilation
Oxygen Delivery Method Mechanical Ventilation
Pulse Oximetry 98

                                                    ** EDIT **

**Vital Signs - Adult**

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time User | | Date | Time User | |

**Patient: JONES, DUSTIN**

DATE: 05/16/13 @ 1058          Southeast Texas EDM *LIVE*                    PAGE 6
USER: KIM00472                     Complete ED Record

Patient: JONES,DUSTIN                      Age/Sex: 26/M           Acct No: AP0800467372
ED Provider: MITCHELL,LYLIETH P MD         Birthdate: 0_____   Unit No: MP00227203
Admitting Doctor:

05/14/13 1432 Alejandro Bernal, RN, RN      05/14/13 1433 Alejandro Bernal, RN, RN

Blood Pressure Systolic [] 104
Blood Pressure Diastolic [] 53
Blood Pressure Mean [] 70
Blood Pressure Location [] Right Upper Arm
Blood Pressure Source [] Automatic Cuff

Departure

Primary Impression:
CARDIAC ARREST/POST CPR
Additional Impressions:
Disposition: SHORT TERM ACUTE HOSP O2          Departure Date/Time: 05/14/13 - 1510
Comment:
Condition: Critical

Referrals:

Pt Instructions:

Departure Forms:


Additional Diagnoses

Diag:                              Addtl 1:
Addtl 2:                           Addtl 3:

Additional Instructions


Assessments

Rapid Triage - Adult

Occurred                                    Recorded
Date     Time User                          Date     Time User
05/14/13 1010 Alejandro Bernal, RN, RN      05/14/13 1027 Alejandro Bernal, RN, RN

Visit Information: Reason for Visit PT ARRIVES PER ACADIAN AS FULL ARREST...ARRIVES
INTUBATED AND PALPATED PULSE..UNRESPONSIVE.....DR MITCHELL AND FULL ARREST TEAM AT THE
BEDSIDE...; Rapid Assessment: Airway Patent; Breathing Unlabored; Circulation Pink; Deficit
Unresponsive; Glasgow Coma Scale: Eye Opening None; Verbal Response None; Motor Response
None; Glasgow Coma Score 3; Blood Pressure: Blood Pressure Systolic 68;
Blood Pressure Diastolic 38; Vital Signs: Pulse Rate (adult) 97; Respiratory Rate 24;
O2 Sat by Pulse Oximetry 98; Height: Weight (Pounds) 189; Weight (Calculated Kilograms)
85.73; Weight (Calculated Grams) 85728.96; Weight Measurement Method Estimated;
EMS Information: Type of Transportation EMS Ground; ESI Level: ED Priority Level
ESI-1 Resus/Unresp/LtThrt
                                                                    ** EDIT **

Rapid Triage - Adult

Occurred                                    Recorded
Date     Time User                          Date     Time User

Patient: JONES,DUSTIN

DATE: 05/16/13 @ 1058          Southeast Texas EDM *LIVE*          PAGE 7
USER: KIM00472                      Complete ED Record

Patient: JONES, DUSTIN                    Age/Sex: 26/M          Acct No: AP0800467372
ED                                        Birthdate:
Admitting Doctor:

05/14/13 1010 Alejandro Bernal, RN, RN          05/14/13 1029 Alejandro Bernal, RN, RN

Temperature (Fahrenheit) () 96.2
Temperature (Calculated Celsius) () 35.66952
Temperature Source () Rectal
Height (Feet) () 6
Height (Inches) () 0
Height (Calculated Centimeters) () 182.88

                                                                    ** EDIT **

Rapid Triage - Adult

Occurred                              Recorded
Date     Time User                    Date     Time User
05/14/13 1010 Alejandro Bernal, RN, RN     05/14/13 1137 Alejandro Bernal, RN, RN

Reason for Visit [PULSE..UNRESPONSIVE.....DR MITCHELL AND FULL ARREST TEAM AT THE
BEDSIDE...) PULSE..UNRESPONSIVE..I/O TO RIGHT LOWER LEG.......DR MITCHELL AND FULL ARREST
Reason for Visit () TEAM AT THE BEDSIDE...PTUNRESPONSIVE..PUPILS FIXED AT 5...

                                                                    ** EDIT **

Rapid Triage - Adult

Occurred                              Recorded
Date     Time User                    Date     Time User
05/14/13 1010 Alejandro Bernal, RN, RN     05/14/13 1138 Alejandro Bernal, RN, RN

Reason for Visit [TEAM AT THE BEDSIDE...PTUNRESPONSIVE..PUPILS FIXED AT 5...] TEAM AT THE
BEDSIDE...PTUNRESPONSIVE..PUPILS FIXED AT 5..REPORAT BY EMS PT WAS
Reason for Visit () BEING CHASED BY LAW ENFORCEMENT..HAD HIM IN A HEADLOCK AND THE PT BECAME
Reason for Visit () UNRESPONSIVE..

Neurological Assessment

Occurred                              Recorded
Date     Time User                    Date     Time User
05/14/13 1050 Alejandro Bernal, RN, RN     05/14/13 1131 Alejandro Bernal, RN, RN

Neurological Assessment: Level of Consciousness Comatose; Patient Orientation
Unable to Assess; Pupils: Pupil Bilateral; Size 5; Reaction Non-Reactive; Shape Round;
Glasgow Coma Score: Eye Opening None; Verbal Response None; Motor Response None;
Glasgow Coma Score 3

Neurological Assessment

Occurred                              Recorded
Date     Time User                    Date     Time User
05/14/13 1120 Alejandro Bernal, RN, RN     05/14/13 1207 Alejandro Bernal, RN, RN

Pupils: Pupil Bilateral; Size 8; Reaction Dilated; Shape Round;
Other Neurologic Information: Other Neurologic Information PT NEURO REMAINS
DEPRESSED..PUPILS WITHOUT REACTION AND REMAIN FIXED //SIZE INICREASE FORM 5 TO 8...DR
MITCHELL AT THE BEDSIDE...

Neurological Assessment

Patient: JONES, DUSTIN

DATE: 05/16/13 @ 1058                    Southeast Texas EDM *LIVE*                              PAGE 8
USER: KIM00472                           Complete ED Record

Patient: JONES,DUSTIN                    Age/Sex: 26/M                        Acct No: AP0800467372
ED Provider: MITCHELL,LYLIETH F MD       Birthdate:                          Unit No: MP00227203
Admitting Doctor:

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1150 Alejandro Bernal, RN, RN   05/14/13 1307 Alejandro Bernal, RN, RN

Pupils: Pupil Bilateral; Size 8; Reaction Dilated; Shape Round;
Other Neurologic Information: Other Neurologic Information NO NEURO CHANGES..

ED General Reassessment

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1159 Alejandro Bernal, RN, RN   05/14/13 1200 Alejandro Bernal, RN, RN

Reassessment: Other Reassessment Information URINE OUTPUT MINIMAL..LESS THAN 50 ML..INFORMED
PHYSICIAN..NO NEW ORDERS TO CONT. TO MONITOR..NO FAMILY PRESENT...

ED General Reassessment

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1249 Alejandro Bernal, RN, RN   05/14/13 1250 Alejandro Bernal, RN, RN

Reassessment: Other Reassessment Information PT WITH ACUTE ONSET OF BLEEDING TO ORAL AND
NARE AND INTO FOLEY..DR MITCHELL AT THE BEDSIDE...

ED General Reassessment                                                              ** EDIT **

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1249 Alejandro Bernal, RN, RN   05/14/13 1249 Alejandro Bernal, RN, RN

Other [PT WITH ACUTE ONSET OF BLEEDING TO ORAL AND NARE AND INTO FOLEY..DR MITCHELL AT] PT
WITH ACUTE ONSET OF BLEEDING TO ORAL, EYEBALLS BLOOD SHOT, NARE AND INTO
Other [THE BEDSIDE...] FOLEY..DR MITCHELL AT THE BEDSIDE ORDERS REPEAT LABS..

ED General Reassessment

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1331 Alejandro Bernal, RN, RN   05/14/13 1332 Alejandro Bernal, RN, RN

Reassessment: Other Reassessment Information PT DEVELOPING LEFT CHEST SWELLING WITH
DECREASED LUNG SOUNDS..DR MITCHELL AT THE BEDSIDE..ORDERS REPEAT CXR..

ED General Reassessment

Occurred                                 Recorded
Date     Time User                       Date     Time User
05/14/13 1350 Alejandro Bernal, RN, RN   05/14/13 1400 Alejandro Bernal, RN, RN

Reassessment: Other Reassessment Information FAMILY AT THE BEDSIDE..

Disposition Assessment

Patient: JONES,DUSTIN

DATE: 05/16/13 @ 1058             Southeast Texas EDM *LIVE*                      PAGE 9
USER: KIM00472                     Complete ED Record

Patient: JONES,DUSTIN                    Age/Sex: 26/M              Acct No: APN800467372
ED Provider: MITCHELL,LYLIETH P MD       Birthdate:                Unit No: MY00227203
Admitting Doctor:

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1435 Alejandro Bernal, RN, RN   05/14/13 1439 Alejandro Bernal, RN, RN

Blood Pressure: Blood Pressure Systolic 89; Blood Pressure Diastolic 56;
Pulse, Respirations, Temperature: Pulse Rate 134; Respiratory Rate 18; Glasgow Coma Scale:
Eye Opening None; Verbal Response None; Motor Response None; Glasgow Coma Score 3;
Patient Disposition: Patient Disposition Transfer; Transport: Mode of Discharge from ED EMS;
Accompanied By Unaccompanied; Other Transport Information FAMMILY AT THE BEDSIDE AND AWARE
OF PT TRANSFER..NO RECTAL TEMPERATURE AT THIS TIME AS PT AT RISK FOR BLEEDING..;
Patient Valuables: Patient Valuables To Family Member; Patient Instructions:
Instructions Given To Family

                                                                        ** EDIT **

Disposition Assessment

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1435 Alejandro Bernal, RN, RN   05/14/13 1515 Alejandro Bernal, RN, RN

Additional Discharge Information [] REPORT TO PATRICK FOR RM 2229..


Treatments

Urinary Catheter Insertion

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1031 Alejandro Bernal, RN, RN   05/14/13 1032 Alejandro Bernal, RN, RN

Catheter: Urinary Catheter Type Urethral (Foley); Catheter Characteristics 2-Way; Size 16;
Catheter Balloon Size 10 ml; Urine Collection Device Bedside Drainage Bag; Care Meatal Care,
Sterile Technique Used, Secured; Urine Color Yellow; Urinary Catheter Patency
Patent/Draining; Catheter Insertion Tolerance Good

Gastric Tubes Adult

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1130 Alejandro Bernal, RN, RN   05/14/13 1145 Alejandro Bernal, RN, RN

Gastric Tubes: Tube Type Nasogastric; Tube Size 18; Suction Type/Description Low, Wall,
Intermittent; Gastric Content Description Bloody; Pill Fragments Present N;
GI Tube Patency/Placement (Adult) Patent, Gastric Contents; Patency Witness Name/Title
STEVE RESPIRATORY

Notes

Occurred                                 Recorded
Date      Time User                      Date      Time User
05/14/13 1010 Alejandro Bernal, RN, RN   05/14/13 1031 Alejandro Bernal, RN, RN
   ET TUBE CONFIRMED WITH CO2 DETECTOR AND RADIOLOGY...

Occurred                                 Recorded
Date      Time User                      Date      Time User

Patient: JONES, DUSTIN

Patient: JONES, DUSTIN                    Age/Sex: 26/M              Acct No: AP0600467372
ED Provider: MITCHELL, LYLIETH P MD       Birthdate: 08/31/1986      Unit No: MP00227203
Admitting Doctor:

05/14/13 1015 Alejandro Bernal, RN, RN          05/14/13 1031 Alejandro Bernal, RN, RN
   IV LINE BILATERAL ARMS....1000 NS BOLUS STARTED...DOPAMINE STARTED AT 1020....1022 1/2
   EPI...

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1057 Karen E Kahla, RN, RN           05/14/13 1058 Karen E Kahla, RN, RN
   BEDSIDE TROPONIN= 0.10
   LACTIC ACID= 20.00

   DR ACKNOWLEDGED, AWAITING NEW ORDERS

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1100 Alejandro Bernal, RN, RN        05/14/13 1151 Alejandro Bernal, RN, RN
   TRANSPORTED TO CT SCAN..RESPIRATORY AND RADIOLOGY WITH NURSING AND MONITOR WITH ALLIV
   FLUIDS HANGING TO BE WITH THE PT...74/55..HR 123.

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1110 Alejandro Bernal, RN, RN        05/14/13 1151 Alejandro Bernal, RN, RN
   VENT SETTING AT TV 700/ SIMV 18/PEEPS/FIO2 80%..TUBE SIZE AT 7.5..26 CM TO LIPS..

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1113 Alejandro Bernal, RN, RN        05/14/13 1126 Alejandro Bernal, RN, RN
   RETURN FOR CT SCAN..BP 99/57..HR 139..ORDERS FOR NEOSYNEPHRINE....

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1132 Karen E Kahla, RN, RN           05/14/13 1135 Karen E Kahla, RN, RN
   LAB CALLED WITH CK=842, CO2= 5.8, K+=6.0, DR MITCHELL ACKNOWLEDGED, AWAITING NEW ORDERS

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1300 Alejandro Bernal, RN, RN        05/14/13 1308 Alejandro Bernal, RN, RN
   LAB AT THEBEDSIDE TO COLLECT BLOOD FOR REPEAT LEVELS AND FOR TYPE AND CROSS..

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1332 Alejandro Bernal, RN, RN        05/14/13 1333 Alejandro Bernal, RN, RN
   RADIOLOGY AT THE BEDSIDE..

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1425 Alejandro Bernal, RN, RN        05/14/13 1435 Alejandro Bernal, RN, RN
   FRESH FROZEN PLASMA HANGING//2 UNITS....

Occurred                                      Recorded
Date     Time User                            Date     Time User
05/14/13 1434 Alejandro Bernal, RN, RN        05/14/13 1434 Alejandro Bernal, RN, RN
   ACADIAN AT THE BEDSIDE TO TRTANSPORT PAT TO ST ELIZABETH....

Occurred                                      Recorded
Date     Time User                            Date     Time User

Patient: JONES, DUSTIN

DATE: 05/16/13 @ 1058                    Southeast Texas EDM *LIVE*                        PAGE 11
USER: KTMH00472                             Complete ED Record

Patient: JONES,DUSTIN                          Age/Sex: 26/M                      Acct No: AP0800467372
MD Provider: MITCHELL,LYLIETH P MD            Birthdate: ~~~~~~~~~~              Unit No: MP00227203
Admitting Doctor:

05/14/13 1500 Alejandro Bernal, RN, RN          05/14/13 1517 Alejandro Bernal, RN, RN
   INFUSED DOPAMINE 100 ML., NEOSYNEPHRINE 120 ML..

Status Event History

Status Event History:
   05/14/13  1012 Reception
             1016 Provider Evaluation
             1027 Triage
             1010 Registration
             1318 Depart from ED

Medications Administered in ED

## ****** DISCONTINUED MEDICATIONS ******

| NS | 1000 ML | IV | ONCE | ONE | |
|---|---|---|---|---|---|
| NACL 0.9% | | Start 05/14/13 1020 | Stop: 05/14/13 1021 RX:J000788780 | | |
| Sched: | 05/14 1020 | | | | |
| Admin: | 05/14 1020 | | | | |
| Rate: | 1000 MLS/HR | | | | |
| Stop Time: | 1100 | | | | |
| Type of IV Administration | IV Infusion | | | | |
| Administered by: | AXB0002 | | | | |

   Label Comment: BOLUS

| DOPAMINE 400 MG-D5W 250 ML | 250 ML | IV | AS DIRECTED | ONE | |
|---|---|---|---|---|---|
| DOPAMINE 400 MG-D5W 250 ML | | Start 05/14/13 1030 | Stop: 05/14/13 1031 RX:J000788753 | | |
| Sched: | 05/14 1030 | | | | |
| Admin: | 05/14 1030 | | | | |
| Rate: | 400 MLS/HR | | | | |
| Stop Time: | 1500 | | | | |
| Type of IV Administration | IV Infusion | | | | |
| Administered by: | AXB0002 | | | | |

   Administration Comments: 05/14/13 1030 : 20 MCG AN HOUR

| SODIUM BICARBONATE 8.4% INJ | 50 MEQ | IV | .STK-MED | ONE | |
|---|---|---|---|---|---|
| SODIUM BICARBONATE 8.4% INJ | | Start 05/14/13 1046 | Stop: 05/14/13 1047 RX:J000788761 | | |
| .Sched: | 05/14 1046 | | | | |
| Admin: | *05/14 1202 | | | | |
| Dose: | NOT GIVEN | | | | |
| Reason: | DUPLICATE ORDE | | | | |
| Administered by: | AXB0002 | | | | |

| 1/2 NS | 1000 ML | IV | ONCE | ONE | |
|---|---|---|---|---|---|
|   SODIUM BICARBONATE 8.4% INJ | 50 MEQ | | | | |
| NACL 0.45% | | Start 05/14/13 1045 | Stop: 05/14/13 1909 RX:J000788774 | | |
| Sched: | 05/14 1045 | | | | |
| Admin: | 05/14 1045 | | | | |
| Rate: | 125 MLS/HR | | | | |
| Stop Time: | 1048 | | | | |

Patient: JONES, DUSTIN

DATE: 05/16/13 @ 1050          Southeast Texas EDM *LIVE*                    PAGE: 12
USER: KIM00472                    Complete ED Record

Patient: JONES,DUSTIN                          Age/Sex: 26/M               Acct No: AP0800467372
ED Provider: MITCHELL,LYLIETH F MD             Birthdate: ▓▓▓▓▓▓▓▓         Unit No: MF00227203
Admitting Doctor:

Type of IV Administration See Comment
        Administered by: AXB0002

          Comment 0: IV Push - 15 min or less

NS                                  250 ML            IV        AS DIRECTED          ONE
   NEO-SYNEPHRINE INJ               20 MG
NACL 0.9%                        Start 05/14/13 1045       Stop: 05/14/13 1046 RX: J000788775
                 Sched: 05/14 1045
                 Admin: *05/14 1205
                  Rate: NOT GIVEN
                Reason: DUPLICATE ORDE
        Administered by: AXB0002

        Label Comment: Mix in NaCl 0.9% 248 mls and titrate to protocol

NEO-SYNEPHRINE INJ                  10 MG            IV        .STK-MED           ONE
PHENYLEPHRINE INJ                Start 05/14/13 1117       Stop: 05/14/13 1118 RX: J000788780
                 Sched: 05/14 1117
                 Admin: 05/14 1117
                  Dose: 10 MG
             Stop Time: 1500
Type of IV Administration IV Infusion
        Administered by: AXB0002

NEO-SYNEPHRINE INJ                  10 MG            IV        .STK-MED           ONE
PHENYLEPHRINE INJ                Start 05/14/13 1118       Stop: 05/14/13 1119 RX: J000788781
                 Sched: 05/14 1118
                 Admin: 05/14 1117
                  Dose: 10 MG
Type of IV Administration IV Infusion
        Administered by: AXB0002

NS                                  250 ML            IV        .STK-MED           ONE
NACL 0.9%                        Start 05/14/13 1118       Stop: 05/14/13 1119 RX: J000788782
                 Sched: 05/14 1118
                 Admin: 05/14 1117
                  Rate: 250
             Stop Time: 1500
Type of IV Administration IV Infusion
        Administered by: AXB0002

        Administration Comments: 05/14/13 1117 : FOR NEO- FLUID

NS                                 1000 ML            IV        .STK-MED           ONE
NACL 0.9%                        Start 05/14/13 1129       Stop: 05/14/13 1130 RX: J000788787
                 Sched: 05/14 1129
                 Admin: 05/14 1135
                  Rate: 1000
             Stop Time: 1315
Type of IV Administration IV Infusion
        Administered by: AXB0002

Patient: JONES,DUSTIN

Patient: JONES,DUSTIN                  Age/Sex: 26/M          Acct No: AP0800467372
ED Provider: MITCHELL,LYLIETH F MD     Birthdate:   1/1984    Unit No: MP00227203
Admitting Doctor:

Administration Comments: 05/14/13 1135 : 2ND BOLUS

NS                                    1000 ML      IV        .STK-MED           ONE
NACL 0.9%                             Start 05/14/13 1311     Stop: 05/14/13 1312 RX: J000788846
                        Sched: 05/14 1311
                        Admin: 05/14 1351
                         Rate: 1000
            Registration Status: See Comment
    Type of IV Administration IV Infusion
            Administered by: AXB0002

            Comment 0: OutPatient / Observation
Administration Comments: 05/14/13 1351 : 40 CC HRLY FOR MAIN LINE TO OTHER IV FLUIDS..

NOVOLIN-R, HUMULIN-R                   1 UNIT       SUBCUT     .STK-MED           ONE
INSULIN REG                           Start 05/14/13 1339     Stop: 05/14/13 1340 RX: J000788851
                        Sched: 05/14 1339
                        Admin: *05/14 1357
                         Dose: NOT GIVEN
                       Reason: DUPLICATE ORDE!
            Administered by: AXB0002

CALCIUM CHLORIDE SYR                   1000 MG      IV         .STK-MED           ONE
CALCIUM CHLORIDE SYR                  Start 05/14/13 1339     Stop: 05/14/13 1340 RX: J000788852
                        Sched: 05/14 1339
                        Admin: 05/14 1352
                         Dose: 1000 MG
                    Stop Time: 1400
    Type of IV Administration IV Infusion
            Administered by: AXB0002

SODIUM BICARBONATE 8.4% INJ           40 MEQ       IV         .STK-MED           ONE
SODIUM BICARBONATE 8.4% INJ           Start 05/14/13 1339     Stop: 05/14/13 1340 RX: J000788853
                        Sched: 05/14 1339
                        Admin: 05/14 1343
                         Dose: 50 MEQ
                    Stop Time: 1347
    Type of IV Administration See Comment
            Administered by: AXB0002

            Comment 0: IV Push - 15 min or less

DEXTROSE 50% INJ, D50 INJ             25 GM        IV         .STK-MED           ONE
DEX 50% INJ                           Start 05/14/13 1342     Stop: 05/14/13 1343 RX: J000788856
                        Sched: 05/14 1342
                        Admin: *05/14 1358
                         Dose: NOT GIVEN
                       Reason: DUPLICATE ORDE!
            Administered by: AXB0002

Patient: JONES,DUSTIN

```
DATE: 05/16/13 @ 1058        Southeast Texas EDM *LIVE*              PAGE 14
USER: KIM00472                    Complete ED Record
```

Patient: JONES, DUSTIN                    Age/Sex: 26/M              Acct No: AP0800467372
ED Provider: MITCHELL, LYLIETH F MD       Birthdate: ▮▮▮▮▮▮          Unit No: MF00227203
Admitting Doctor:

| NOVOLIN-R, HUMULIN-R | 10 UNIT | IV | ONCE | STA |
|---|---|---|---|---|
| INSULIN REG | Start 05/14/13 1339 | | Stop: 05/14/13 1340 RX: J000788861 | |
| Sched: 05/14 1339 | | | | |
| Admin: 05/14 1356 | | | | |
| Dose: 10 UNIT | | | | |
| Stop Time: 1358 | | | | |
| Type of IV Administration: See Comment | | | | |
| Administered by: AXB0002 | | | | |

```
         Comment 0: IV Push - 15 min or less
      Label Comment: Give simultaneously with Dextrose 50% 50 mL
```

| PROVENTIL NEB SOLN, VENTOLIN NEB | 10 MG | NEB | ONCE | STA |
|---|---|---|---|---|
| ALBUTEROL NEB SOLN | Start 05/14/13 1339 | | Stop: 05/14/13 1340 RX: J000788862 | |
| Sched: 05/14 1339 | | | | |
| Admin: 05/14 1426 | | | | |
| Dose: 10 MG | | | | |
| Administered by: SHB0001 | | | | |

```
      Label Comment: in 4 mL saline nebulized x 1 over 10 minutes
```

| NS | 50 MG | IV | ONCE | STA |
|---|---|---|---|---|
| CALCIUM GLUCONATE 10% INJ | 1000 MG | | | |
| NACL 0.9% | Start 05/14/13 1339 | | Stop: 05/14/13 1415 RX: J000788863 | |
| Sched: 05/14 1339 | | | | |
| Admin: 05/14 1345 | | | | |
| Rate: 100 MLS/HR | | | | |
| Stop Time: 1415 | | | | |
| Type of IV Administration: See Comment | | | | |
| Administered by: AXB0002 | | | | |

```
         Comment 0: IV Push - 15 min or less
      Label Comment: Over 30 minutes
                    Consider if on Digoxin
```

| DEXTROSE 50% INJ, D50 INJ | 25 GM | IV | ONCE | STA |
|---|---|---|---|---|
| DEX 50% INJ | Start 05/14/13 1339 | | Stop: 05/14/13 1340 RX: J000788864 | |
| Sched: 05/14 1339 | | | | |
| Admin: 05/14 1355 | | | | |
| Dose: 25 GM | | | | |
| Stop Time: 1357 | | | | |
| Type of IV Administration: See Comment | | | | |
| Administered by: AXB0002 | | | | |

```
         Comment 0: IV Push - 15 min or less
      Label Comment: Give simultaneously with Insulin IV
```

| SODIUM BICARBONATE 8.4% INJ | 50 MEQ | IV | ONCE | STA |
|---|---|---|---|---|
| SODIUM BICARBONATE 8.4% INJ | Start 05/14/13 1339 | | Stop: 05/14/13 1340 RX: J000788865 | |
| Sched: 05/14 1339 | | | | |
| Admin: *05/14 1356 | | | | |
| Dose: NOT GIVEN | | | | |
| Reason: DUPLICATE ORDER | | | | |
| Administered by: AXB0002 | | | | |

Patient: JONES, DUSTIN

DATE: 05/16/13 @ 1056                    Southeast Texas EDM *LIVE*                          PAGE 15
USER: KIM00472                             Complete ED Record

Patient: JONES, DUSTIN                    Age/Sex: 26/M                    Acct No: AF0800467372
MD Provider: MITCHELL, LYLIETH P MD       Birthdate: ▓▓▓▓▓▓▓▓▓            Unit No: MP00227203
Admitting Doctor:

Admin Clinician:    RXB0002      Alejandro Bernal, RN, RN
                    SWB0001      Steven W Bond, CRT, RRT

KEY - Reason for NOT GIVEN:
                    DUPLICATE ORDER: DUPLICATE ORDER

Patient: JONES, DUSTIN

DATE: 05/15/13 @ 0510          Southeast Texas EDM *LIVE*          PAGE 1
USER: EDM MNR                        DEPARTURE

Patient: JONES, DUSTIN          Age/Sex: 26/M          Acct No: AP0800467372
ED Provider: MITCHELL, LYLIETH P MD                    Unit No: HF00227203

Primary Impression:
CARDIAC ARREST/POST CPR
Additional Impressions:
Disposition: SHORT TERM ACUTE HOSP 02          Departure Date/Time: 05/14/13 - 1518
Comment:
Condition: Critical

Referrals:

Pt Instructions:

Departure Forms:

Additional Instructions

Patient: JONES, DUSTIN

**CHRISTUS JASPER MEMORIAL Hospital**

## EMERGENCY PHYSICIAN RECORD
### ◆ Cardiopulmonary Resuscitation ◆

DATE: 5/4/13   TIME SEEN: 10⁰⁰   ☐ arrived by EMS

HISTORIAN: ☑ patient   spouse   paramedics
Specific history elements taken from historian: _____
__HX / __EXAM LIMITED BY: _____
TRANSFER FROM: _____  ☐ see transfer record
TREATMENT PTA:   by patient   paramedics
lasix   nitro O₂   albuterol ⊗   aspirin   defib ×  ___  cardioversion
epi ×  ___  atropine ×  ___  vasopressin   amiodarone   IV / IO

### HPI
**initial complaint(s):** (collapsed)   found unresponsive
  chest pain   dyspnea   abdominal pain   back pain

**onset/duration:** _____ min / hrs / days ago
down-time before ACLS: _____ (minutes)   unknown

**timing:** still present   improved
intermittent episodes   lasting _____   occurred _____ times
return of spontaneous circulation   at scene   en route

**context:**
(this applies about what patient was doing when complaint occurred)
arrest witnessed   bystander CPR

**initial findings:**          by paramedics
mentation    respirations    pulse    rhythm
  unresponsive    none    none    asystole
  lethargic    agonal    weak    VF / V-tach
  alert    normal    strong    PEA tachy / brady
                                          sinus
HR _____   BP _____   Glucose _____   resp / d

**associated symptoms:**
nausea / vomiting _____   palpitations _____
sweating _____   cough   blood / sputum _____
shortness of breath _____   weakness / dizziness _____

### ROS
CONST - recent illness / fever _____   GI - abdominal pain
EYE - problems with vision _____   MS - joint pain
ENT - sore throat _____   SKIN - rash
CVS - chest pain _____   LYMPH - ankle swelling
GU - problems urinating _____   PSYCH - anxiety / depression
LNMP _____   preg   post-menop
☐ except as marked positive, all systems above reviewed and found negative

CVS / RESP / NEURO components also addressed in HPI

**PAST HX**   no chronic diseases
cardiac disease   Afib   CAD   CHF   MI   hypertension
diabetes   Type 1   Type 2   CVA / TIA   deficit
  diet / oral / insulin _____
  old records reviewed / summary: _____

**Medications** _____ none   med list reviewed   **Allergies** __NKDA
did not bring / cannot name   see nurses note
aspirin within 24 hrs   coumadin   clopidogrel

---

JONES, DL
05/14/13

**SOCIAL HX**   smoker _____ ppd / past / quit _____ days / mos / yrs ago
smoking cessation counselling provided   time spent _____
discussed plan / surgery / challenges / risk / Rx given
counseling tools distributed and completed
completed Nicotine Dependence Assessment
drugs _____   alcohol (recent / heavy / occasional)
occupation _____   living situation   alone   family   friend   group   care facility

**FAMILY HX** _____ negative

Vitals Reviewed Above & Noted: BP _____ HR _____ RR 24 Temp _____
☐ Nursing Assessment Reviewed

### INITIAL PHYSICAL EXAM
See reverse for initial rhythm and interventions

**CONSTITUTIONAL**   unresponsive
  no evidence
  of trauma

**RESPIRATORY**   no spontaneous respirations
  breath sounds   bag-valve-mask
  equal bilaterally   ET tube / bag-valve
  lungs clear   agonal respirations
              decreased air movement
              wheezes / rales / rhonchi

**CVS**   no spontaneous pulse
  spontaneous   chest compressions
  pulse present   pulse w/ CPR   none   poor   good
              heart sounds absent
              irregularly irregular rhythm
              extrasystoles / occasional / frequent
              JVD present
              murmur   grade _____ /6   sys / dias
              gallop (S3 / S4)

**ABDOMEN / GU**   distension
  soft, no mass   hepatomegaly / splenomegaly
              mass
              guarding
              catheter present

**HEAD / NECK**   head trauma
  atraumatic   c-spine tenderness
  pharynx clear   tracheal deviation
              unresponsive / agitated / confused

**NEURO**
  pupils reactive
  CN's nml (2-10)
              pupils fixed, dilated
              unequal pupils
              size R _____ mm   L _____ mm
              no motor response
              abnormal response to pain
                withdraws   flexion   extension
              Babinski reflex ( R / L )
              reflexes absent

**EXTREMITIES**   rigidity
  no sign of trauma   pedal edema ( R / L )

**SKIN**   pallor
  no rash   cyanosis
  jaundice   dependent lividity
              pressure ulcer   location

ERTS

## INITIAL RHYTHM

asystole                 sinus rhythm          heart block  1°  2°  3°
V. Fib                   tachy-brady
V. Tach                  rate_____
A. Fib

## PROCEDURES & INTERVENTIONS

initials of provider performing procedure.

___CPR_____
___Intubated by: ED physician
   with H___ ET tube   curved / straight blade   nasal / oral
   Premedicates_____
   RSI   etomidate   succinylcholine   _____
   Post-intubation:   breath sounds equal
   Pulse Ox_____   End tidal CO2  good color change

___central line placed   sterile technique   lidocaine prep
   right / left   internal jugular   subclavian   femoral
   ultrasound guidance

___pacemaker   external / transvenous
___defibrillated  x___   cardioverted
                         for EV

epinephrine _____0.5____mg   amiodarone _____mg
vasopressin_____mg   sodium bicarb_____amps
atropine_____mg   lidocaine_____mg

___NG tube / foley catheter

Epi, atropine____
v fib x 2  s  defibrillat.
s  SRO c
s  BP u  neoSynephrine  started

Pt was in headlock  when
he collapsed

Ett advanced  5cn

Pt not to have bleed.s
twin much nag  o  Pt
Inform MD  c  blood
w foley  Dic
EP ordered

1330 - spok with Dr Ahmad states
will not accent as direct admit
Pt re-examined  f.mf
mild  swollen R.B end
## EKG & XRAYS

EKG  NML  Reviewed ct____   nml same
   NSR___   nml interval   nml axis   nml QRS   nml ST/T segents
                                              cxr
   not / changed from____   repeat EKG   unchanged /
CXR  Interp. By ___mg/___radiologist   Visualized by me   Olinical w/ radiologist
   nml / NAD___   no infiltrates___   nml heart size___   nml mediastinum

## LABS

a-diver 25000

CBC                Chemistries              UA
normal  except     normal  except          normal  except
WBC  13.9          Na  145                  CK          WBC
Hgb                K  6.1                   CKMB        RBC
Hct                Cl  101                  Troponin    bacteria
Platelets          CO2  6                   PT/PTT      nitr.
segs               Gluc  259                INR
bands              BUN  63    Ca  ↓2.4      PT  ↑2.7
                   Creat  1.3   INR  1.5
                   HCO3  3                  PT  ↑20.7

ABGs
time:____ RA / LO2  pH 6.68  pCO2 73  pO2 375
time:____ RA / LO2  pH 7.67  pCO2 40  pO2 477

## PROGRESS

Time   re-examined  pain  reassessed  improved  unchanged   Bicarb 11
Notes:                                                       K 6   18.4
                                                             cap 1

C-spine - no F.X
Ct Head - s  diffuse edema

___CPR discontinued, patient pronounced dead at_____
___AMI - EKG / ASA / Thrombolytics / to cath lab / PCI / transfer
   measure exclusions: refused / not available / contraindicated
___IV infusion therapy with_____ for____minutes under my direct
   supervision for treatment of_____
___Response_____
___Discussed with_____   for Dr  Gerlach 1300
   hx, exam, results, diagnosis, treatment plan and admission status at
   _____(time) response
   will see patient in: ED / hospital / office
   for drug_____
___Counseled patient/family regarding_____   Additional history from
   lab / rad results  diagnosis  need for follow-up   family caretaker paramedics

## CLINICAL IMPRESSION

Cardiopulmonary Resuscitation    Pulmonary Edema - acute
_____              Pulseless Electrical Activity
Asystole                         Respiratory Failure - acute
Cardiac Rhythm Disturbance       Sudden Death
V. Tach  V. Fib  A. Fib  SVT
• Myocardial Infarction - acute
   NSTEMI  STEMI (location)_____

DIC

DISPOSITION DECISION TIME___1301___(time)   ☐ Medical Examiner  ☐ morgue
☐ admit  ☐ general  ☐ tele  ☐ ICU  ☐ OR  ☐ transfer
☐ Observation  ☐ ED Observation  ☐ home_____
☐ AMA due to: patient refused / other_____ / patient left prior to disposition
☐ POA  pressure ulcer / UTI (foley)_____
CONDITION- ☐ unchanged  ☐ improved  ☑ stable  deceased C
            ☐ critical  ☐ serious  ☐ deceased

☐ I (NP / PA) have discussed this patient's case with Dr_____
PHYSICIAN ATTESTATION  (use entire care is provided by physician with NP/PA)
☐ For this patient I_____
Dictation making and I did the history that with this patient. All procedures were done by me with...
                                                    5/11/13  1028
MD / DO Sig_____  Date____  Time____
Transferred care to_____
                                    Lynieth Mitchell, MD
MD / DO Sig_____  ID No. 0828 Time____
NP / PA_____  Date____  Time____
☐ Template Complete   ☐ See Addendum (Dictated / Template # ___ )

• Reportable Measure

MP002272b
AP0900467372        REG ER
JONES,DUSTIN
Phys: MITCHELL,LYUETH P MD
05/14/2013    M    08031/1988    26

CHRISTUS
JASPER MEMORIAL
Hospital
**EMERGENCY PHYSICIAN RECORD**
Progress Notes / Diagram Addendum

## PROGRESS NOTES

☐ see reverse for diagrams

1349 – Samuel + notified of pt
condition. Stable awaiting
acceptance from ST. E.

1400 – Spoke with Bencowitz – he will
speak to Gerhardt
1401 – called Harbin center Bencowitz accent
wanted to flip pt no hilicopt
available

MD / DO Sig ___

MD / DO Sig ___

NP / PA ___

☐ Template Complete

Date  5/14/13  1454
Date ___ Time ___
Date ___ Time ___

© 1996 – 2012 T-System, Inc.

ERTS



Right     Left     Right     Left

Progress and Diagram -45



**CHRISTUS**
**JASPER MEMORIAL**
Hospital

**EMERGENCY DEPARTMENT**
**Physician Order Form**

| Init | Time | LAB | Init | Time | LAB | | | Init | Time | | LAB | |
|------|------|-----|------|------|-----|---|---|------|------|---|-----|---|
| | | CBC NO Diff | | | Arterial Blood Gas | | | | | | Acetaminophen | |
| | | CBC Auto Diff | | | Rapid Strep | | | | | | Salicylate | |
| | | CBC Manual Diff | | | RSV      Flu A & B | | | | | | Urine Drug Screen, ER | |
| | | BMP / LFT's | | | Blood Cx   x1    x2 | | | | | | Ethanol Level | |
| | | PT/INR/PTT | | | Urine Culture | | | | | | Dilantin/Phenytoin | |
| | | Amylase/Lipase | | | Wound Culture | | | | | | Tegretol/Carbamazepine | |
| | | CK/CKMB/Troponin I/EKG | | | Quantitative HCG | | | | | | Depakote/Valproate | |
| | | BNP    D-dimer | | | Blood Type/RH (OB) | | | | | | Digoxin Level | |
| | | Urinalysis—clean/cath | | | Wet prep | | | | | | | |
| | | HCG—urine/serum | | | GC/Chlamydia probe | | | | | | | |

| Init | Time | X-RAY | Init | Time | X-RAY | | | Init | Time | | X-RAY | |
|------|------|-------|------|------|-------|---|---|------|------|---|-------|---|
| | | CXR—2 view/portable | | | C-spine/T-spine/L-spine | | | | | L. Shoulder R | L. Hip R | |
| | | Acute Abd (AP, UPR, PA chest) | | | Pelvis | | | | | L. Elbow R | L. Knee R | |
| | | ABD 2 view | | | | | | | | L. Wrist R | L. Ankle R | |
| | | KUB | | | | | | | | L. Hand R | L. Foot R | |

| Init | Time | CT | | CONTRAST | | | | | | REASON | |
|------|------|-----|---|----------|---|---|---|---|---|--------|---|
| | | head/chest/abd/pelvis | | without contrast / with contrast PO/IV | | | | | | | |

| Init | Time | ULTRASOUND | | REASON | |
|------|------|------------|---|--------|---|
| | | gallbladder/pelvis/OB | | | |

| Init | Time | MEDICATIONS/TREATMENTS/OTHER ORDERS | Time | Site | NURSE Initials | Time Start | Stop |
|------|------|-------------------------------------|------|------|----------------|-------------|------|
| | | Saline lock | | | | | |
| | | Oxygen | | | | | |
| | | Monitor/Pulse oximetry   Foley cath | | | | | |
| | | POC TESTING: | | | | | |
| | | EKG X        TROPONIN X        LACTIC ACID X | | | | | |
| | | IVF — NS/LR ___ rate—bolus ___ ml/hr volume ___ ml | | | | | |
| AM | 1030 | 2 Normal Saline bolus (1 liter | | | | | |
| | | each) then  500 cc/hr | | | | | |
| | | Neener(?) | | | | | |

NURSES LEGEND            MIDLEVEL SIGNATURE

_Alijandia Kendler_

PHYSICIAN SIGNATURE

Date: _____ Time: _____

Date: 5/14/13  Time: 1558

Revised: June 6/2/12

LR PAGE 1
RUN DATE: 05/16/13                    CHRISTUS Jasper Memorial Hospital                    PAGE 1
RUN TIME: 1103                      1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

Name:  JONES, DUSTIN              Age/Sex: 26/M            Attend Dr: MITCHELL, LYLIETH F MD
Acct#: AFO800467372              DOB:                     Location: AF.ER
Unit#: MF00227203                Status: DEP ERx          Reg: 05/14/13    Disch:

| Date | -------- 5/14/13 -------- | | | Reference | Units |
|---|---|---|---|---|---|
| Time | 1300 | 1040 | | | |
| WBC | 22.4 H | 13.7 H | | 4.5-11.0 | thou/uL |
| RBC | 5.72 | 5.19 | | 4.4-6.2 | mill/uL |
| Hgb | 16.1 | 14.5 | | 13.0-17.5 | g/dL |
| Hct | 40.7 | 44.80 | | 40.0-53.0 | % |
| MCV | 85.20 | 86.33 | | 80-94 | fL |
| MCH | 28.2 | 27.9 | | 27.5-33.0 | pg |
| MCHC | 33.1 L | 32.3 L | | 33.3-37.0 | g/dL |
| RDW | 14.3 | 13.9 | | 11.6-14.6 | % |
| Plt | 289 | 231 | | 150-450 | thou/uL |
| MPV | 7.8 | 9.6 H | | 5.7-8.8 | fL |
| Manual Diff? | ----- | ----- | | | |
| Neuts | 57 | 50 | | 42-75 | % |
| Bands | 13 H | 2 L | | 5-11 | % |
| Lymphs | 24 | 39 | | 21-51 | % |
| Monos | 4 | 4 | | 1-9 | % |
| Eos | 2 | 5 | | 0-7 | % |
| Plt Est | Adequate | Adequate | | | |

Patient: JONES, DUSTIN          DOB:                     Acct# AFO800467372
Loc/Room#    AF.ER /             Age/Sex: 26/M            Unit# MF00227203

** CONTINUED ON NEXT PAGE **

LR PAGE 2
RUN DATE: 05/16/13                    CHRISTUS Jasper Memorial Hospital                        PAGE 2
RUN TIME: 1103                        1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

| Name: | JONES,DUSTIN | Age/Sex: 26/M | Attend Dr: MITCHELL,LYLIETH P MD |
|---|---|---|---|
| Acct#: AP0800467372 | | DOB: | Location: AP.ER |
| Unit#: MF00227203 | | Status: DEF ERR | Reg: 05/14/13     Disch: |

~~~~~~~~~~~~~~~~~~~~~~~~ ANTICOAGULATION ~~~~~~~~~~~~~~~~~~~~~~

| Date Time | ---------5/14/13-------------- 1416 | 1040 | Reference | Units |
|---|---|---|---|---|
| Protime | | 12.7  H | 9.0-10.9 | secs |
| Protime | 2 FFP TX | | * | secs |
| INR | | 1.3(a) | * | Ratio |
| PTT | | > 120.0(b)  CH | 25.0-35.0 | secs |
| D-dimer Quant | | > 5000(d)  H | <600 | ng/mL |

NOTES: (a)
          *INR values, while recommended for monitoring all stages of
          oral anticoagulant therapy, may be less reliable during the
          initiation period of treatment.

          INR THERAPEUTIC RANGE:
               Conventional Dose = 2.0 - 3.0
               Intensive Dose    = 2.5 - 3.5
       (b)  Critical value, verified by repeat analysis or trending.
            Called to MARY ANN/ER
            at 1207 on 05/14/13 by 3HE00209.
            Result read-back successful. Y
            See also (c)
       (c)  Although heparin therapy should be individualized, a range
            of 1.5 to 2.5 times the patient's baseline aPTT serves as a
            guideline.

       (d)
            A D-dimer result in the upper quintile (greater than 600
            ng/mL with the Biosite assay) is associated with a
            significantly increased risk for thromboembolism, DIC, or
            other coagulopathy. Correlation with the clinical and
            radiographic data is suggested.

| Patient: JONES,DUSTIN | DOB: | Acct# AP080046/372 |
|---|---|---|
| Loc/Room#     AP.ER / | Age/Sex: 26/M | Unit# MF00227203 |

** CONTINUED ON NEXT PAGE **                                     11

Kirbyville  000101

LR PAGE 3
RUN DATE: 05/16/13          CHRISTUS Jasper Memorial Hospital          PAGE 3
RUN TIME: 1103              1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

Name:  JONES, D                    2          Attend Dr: MITCHELL, LYLIETH F MD
Acct#: AP080044          ████████          ████ion: AP.ER
Unit#: MP00227203          Status: DEP-ERX          Adm: 05/14/13     Disch:

**\*\* URINALYSIS \*\*\***

| Date | 5/14/13 | | | |
|------|---------|--|--|--|
| Time | 1015 | | Reference | Units |
| Color | Yellow | | Yel-Amber * | |
| Appearance | SL.CLOUDY | | Clear * | |
| pH | 7.0 | | 5.0-8.0 | |
| SG | 1.015 | | 1.005-1.030 | |
| Protein | 25 | A| Negative * | mg/dL |
| Glucose | Negative | | Negative * | mg/dL |
| Ketone | Negative | | Negative * | mg/dL |
| Blood | 25 | A| Negative * | Ery/uL |
| Nitrites | Negative | | Negative | |
| Bilirubin | Negative | | Negative | mg/dL |
| Urobilinogen | Negative | | 0.0-1.0 | mg/dL |
| Leukocyte | Negative | | Negative | Leu/uL |
| Microscopic | ------ | | | |
| RBC | 8-12 | | 0-5 | /HPF |
| WBC | 1-3 | | 0-5 | /HPF |
| Epith Cells | None Seen | | Few | /HPF |
| Crystals | None Seen | | None * | /HPF |
| Amorphous | Moderate | | None * | /HPF |
| Bacteria | Few | | None | /HPF |
| Casts | None Seen | | None * | /LPF |
| Mucus | Negative | | Neg-Slight | /LPF |
| Yeast | None Seen | | None | /HPF |
| Sperm | Few | | None | |
| UA Note | *(e) | | * | |

NOTES:   (e)  Ref Range - * Clinical evaluation required.

Kirbyville  000102

LR PAGE 4
RUN DATE: 05/16/13                    CHRISTUS Jasper Memorial Hospital          PAGE 4
RUN TIME: 1103                        1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

Name:  JONES,DUSTIN                    Age/Sex: 26/M          Attend Dr: MITCHELL,LYLIETH F MD
Acct#: AP0800467372                    DOB:                   Location: AP.ER
Unit#: MP00227203                      Status: DLV EXA        Reg: 05/14/13     Disch:

| Date | | ----------5/14/13---------- | | | Reference | Units |
|---|---|---|---|---|---|---|
| Time | 1300 | | 1040 | | | |
| Sodium | 136 | | 147 H | | 136-145 | mmol/L |
| Potassium | 8.1 (f) CH | | 6.1 (g) CH | | 3.5-5.1 | mmol/L |
| Chloride | 102 | | 107 | | 98-107 | mmol/L |
| CO2 | 15 L | | 6 (h) CL | | 21-32 | mmol/L |
| Anion Gap | 27 H | | 40 H | | 5-14 | |
| BUN | 14 | | 13 | | 6-20 | mg/dL |
| Creatinine | 2.9 H | | 2.6 H | | 0.6-1.3 | mg/dL |

NOTES:  (f)  Critical value, verified by repeat analysis or trending.
             Called to MARKANNE/ER
             at 1333 on 05/14/13 by SHE00209.
             Result read-back successful. Y
        (g)  Critical value, verified by repeat analysis or trending.
             Called to KAREN/ER
             at 1132 on 05/14/13 by GAALSAY.
             Result read-back successful. Y
        (h)  Critical value, verified by repeat analysis or trending.
             Called to KAREN/ER
             at 1132 on 05/14/13 by GAALSAY.
             Result read-back successful. Y

Patient: JONES,DUSTIN              DOB:                 Acct# AP0800467372
Loc/Room#      AP.ER /             Age/Sex: 26/M        Unit# MP00227203

** CONTINUED ON NEXT PAGE **                                    11

Kirbyville  000103

Summary Location Report

| Name:  JONES,DUSTIN | Age/Sex: 26/M | Attend Dr: MITCHELL,LYLIETH P MD |
| Acct#: AP0800467372 | DOB: | Location: AP.ER |
| Unit#: HP00227203 | Status: DEP ERX | Reg: 05/14/13    Disch: |

| Date | ---------5/14/13---------- | | | | |
|------|------|------|---|---|---|
| Time | 1300 | 1040 | | Reference | Units |
| GFR, Estimate | 28(i)    L | 33(i)    L | | 90-142 | |
| BUN/Creat Rat | 5    | 5    | | 60-100 | mg/dL |
| Glucose | 280    H | 259    H | | | mOsm/k |
| Osmo, Calc | 283    | 301    | | 8.5-10.1 | mg/dL |
| Calcium | 8.1    L | 10.0    | | 1.8-2.4 | mg/dL |
| Magnesium | | 2.7    H | | 0.1-1.0 | mg/dL |
| Bili Total | | 0.1    | | 0.0-0.2 | mg/dL |
| Bili Direct | | < 0.1    | | 15-37 | U/L |
| AST/SGOT | | 237    | | 30-65 | U/L |
| ALT/SGPT | | 322    H | | 6.4-8.3 | g/dL |
| Total Protein | | 6.7    | | 3.5-5.0 | g/dL |
| Albumin | | 3.2    L | | | g/dL |
| Globulin | | 3.5    | | | g/dL |

NOTES:  (i)  ESTIMATED GFR REFERENCE RANGES ARE FOR THE "NORMAL
POPULATION" 5th - 95th PRECENTILES."

The MDRD equation used to estimate the GFR has only been
validated for patients 18 to 70 years of age, and assumes a
body surface area of 1.73 square meters.
To estimate the GFR for African Americans, multiply the
result provided by 1.21.

| Stages of Patients with | GFR |
| Known Kidney Disease | (ml/min/1.73 sq.meters) |

Stage 1 - Kidney damage w/normal          90 mL/min or greater
          or increased GFR
Stage 2 - Kidney disease w/mildly         60-89 mL/min
          decreased GFR
Stage 3 - Moderately decreased GFR        30-59 mL/min
Stage 4 - Severely decreased GFR          15-29 mL/min
Stage 5 - Kidney failure                  14 mL/min or less

*Coresh J et al.Prevalence of Chronic Kidney Disease and
Decreased Kidney Function in the Adult U.S.Population:Third
National Health and Nutrition Examination Survey, Am J
Kidney Dis, 2003;41(1)1-12.

| Patient: JONES, DUSTIN | DOB: | Acct# AP0800467372 |
| Loc/Room#     AP.ER / | Age/Sex: 26/M | Unit# HP00227203 |

** CONTINUED ON NEXT PAGE **

LR PAGE 6
RUN DATE: 05/16/13                    CHRISTUS Jasper Memorial Hospital                    PAGE 6
RUN TIME: 1103                      1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

| Name: JONES,DUSTIN | Age/Sex: 26/M | Attend Dr: MITCHELL,LYLIETH P MD |
|---|---|---|
| Acct#: AF0800467372 | DOB: ■■■■■■■■■ | Location: AP.ER |
| Unit#: MP00227203 | Status: DEP ERR | Reg: 05/14/13    Disch: |

| Date | ----------5/14/13---------- | | | Reference Units |
|---|---|---|---|---|
| Time | 1300 | 1040 | | |
| A/G Ratio | | 0.9 | | |
| Alk Phos | | 137  H | | 50-136    U/L |

| Patient: JONES,DUSTIN | DOB: ■■■■■■■ G | Acct# AF0800467372 |
|---|---|---|
| Loc/Room#    AP.ER / | Age/Sex | Unit# MP00227203 |

** CONTINUED ON NEXT PAGE **                                              71

Kirbyville  000105

LR PAGE 7
RUN DATE: 05/16/13                 CHRISTUS Jasper Memorial Hospital              PAGE 7
RUN TIME: 1103                    1275 Marvin Hancock Drive - Jasper, TX  75951

                                    Summary Location Report

| Name: | JONES, DUSTIN | Age/Sex: 26/M | Attend Dr: MITCHELL, LYLIETH P MD |
|---|---|---|---|
| Acct#: AP0800467372 | | DOB: | Location: AP.ER |
| Unit#: MF00227203 | | Status: DEF ERX | Reg: 05/14/13    Disch: |

| Date | 5/14/13 | | |
|---|---|---|---|
| Time | 1040 | Reference | Units |
| CK | 842 (A)  CH | 26-308 | U/L |

    (A)  Critical value, verified by repeat analysis or trending.
         Called to KARM/ER
         at 1132 on 05/14/13 by GAALBAY.
         Result read-back successful. Y

| CKMB | 4.9  H | 0.0-3.6 | ng/mL |
|---|---|---|---|
| CKMB Index | 0.6 | | |
| CKMB + CK Interpretation | INDETERMINATE(B) | NEGATIVE | |

    (B)  CKMB Interpretation
         CKMB >or equal to 4.0 ng/mL and Index <3.5.
         CKMB INDETERMINANT for myocardial injury.
         Correlation with previous and subsequent cardiac studies,
         EKG results and clinical evaluation indicated per
         interpretation.

| Patient: JONES, DUSTIN | DOB: | Acct# AP0800467372 |
|---|---|---|
| Loc/Room#     AP.ER / | Age/Sex: 26?/M | Unit# MF00227203 |

** CONTINUED ON NEXT PAGE **

CHRISTUS Jasper Memorial Hospital                PAGE 8
1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

| Name: JONES, DUSTIN | 26/M | Attend Dr: MITCHELL, LYLIETH P MD |
|---|---|---|
| Acct#: AP0800467372 | | Location: AP.ER |
| Unit#: MF00227203 | Status: DEF ERX | Reg: 05/14/13   Disch: |

CHEMISTRY/THERAPEUTIC DRUGS

| Date | 5/14/13 | | | | Reference Units |
|---|---|---|---|---|---|
| Time | 1040 | | | | |
| Acetaminophen | 0.0(3) L | | | | 10.0-30.0 ug/mL |
| Salicylates | 6.5(1) | | | | 2.8-20.0 mg/dL |

NOTES:   (3)          ***************************************
         Dosing Information should be verified in the Medical Record
         to evaluate results in relation to therapeutic range.
         See also (k)
    (k)  Panic Levels
         >200ug/mL @ 4Hrs post dose
         >100ug/mL @ 8Hrs post dose
         >50ug/mL @ 12Hrs post dose
                      ***************************************
    (1)  Dosing Information should be verified in the Medical Record
         to evaluate results in relation to therapeutic range.

| Patient: JONES, DUSTIN | DOB: 5 6 | Acct# AP0800467072 |
|---|---|---|
| Loc/Room: AP.ER / | Age/Sex 26/M | Unit# MF00227203 |

** CONTINUED ON NEXT PAGE **

LR PAGE 9
RUN DATE: 05/16/13                CHRISTUS Jasper Memorial Hospital                    PAGE 0
RUN TIME: 1103                   1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

| Name: JONES, DUSTIN | Age:/ | Attend Dr: MITCHELL, LYLIETH P MD |
| Acct#: AP0800467372 | | Location: AF.ER |
| Unit#: NP00227203 | Status: OSP ERx | Reg: 05/14/13    Disch: |

| Date | 5/14/13 | | |
| Time | 1015 | Reference | Units |
|------|---------|-----------|-------|
| Methamphetamine | Negative | Cutoff=1000 | ng/mL |
| Propoxyphene | Negative | Cutoff=300 | ng/mL |
| Amphetamine | Negative | Cutoff=1000 | ng/mL |
| Barbiturates | Negative | Cutoff=300 | ng/mL |
| Benzodiazepines | Negative | Cutoff=300 | ng/mL |
| Ecstacy | Negative | Cutoff=300 | ng/mL |
| Cocaine | Negative | Cutoff=300 | ng/mL |
| Methadone | Negative | Cutoff=300 | ng/mL |
| Opiates | Negative | Cutoff=25 | ng/mL |
| Phencyclidine | Negative | Cutoff=50 | ng/mL |
| Cannabinoids | Negative | Cutoff=1000 | ng/mL |
| Tricyclic Antid | Negative | Cutoff=100 | ng/mL |
| Oxycodone | | | |
| Spec Gravity | 1.015 | 1.005-1.030 | |
| pH Urine | 7.0 | 4.5-8.0 | |
| DAU Comment | See Note(m) | | |

NOTES:  (m)   If pH is <4.0 or >9.0, then specimen is suspicious of
              alteration.
              This qualitative screening test is intended for patient care
              purposes only. Positive analytes may be confirmed through
              reference lab testing if medically necessary.

| Patient: JONES, DUSTIN | DOB: | Acct# AP0800467372 |
| Loc/Room# AP.ER / | Age/Sex: 26/M | Unit# NP00227203 |

** CONTINUED ON NEXT PAGE **                    11

Kirbyville  000108

CHRISTUS Jasper Memorial Hospital
1275 Marvin Hancock Drive - Jasper, TX  75951

PAGE 10

Summary Location Report

| Name: JONES, DUSTIN | | Attend Dr: MITCHELL, LYLIETH P MD |
| Acct#: AP0800467372 | DOB | Location: AP.ER |
| Unit#: MP00227203 | Sta | Reg: 05/14/13    Disch: |

| Date | 5/14/13 | | Reference | Units |
|------|---------|--|-----------|-------|
| Time | 1051 | | | |
| | | | | |
| Lactate Ven-POC: | > 20.00  HI | I | I 0.50-2.20 | mmol/L |

LR PAGE 11 .
RUN DATE: 05/16/13                CHRISTUS Jasper Memorial Hospital                  PAGE 11
RUN TIME: 1103                    1275 Marvin Hancock Drive - Jasper, TX  75951

                                      Summary Location Report

| Name: JONES, DUSTIN | DOB: ▓▓▓ S/ | Attend Dr: MITCHELL, LYLIETH P MD |
| Acct#: AF0800467372 | Su▓▓ 1 | Location: AP.ER |
| Unit#: MF00227203 | | Reg: 05/14/13    Disch: |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ POINT OF CARE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date |  | 5/14/13 | | |
| Time |  | 1036 | Reference | Units |
| Troponin I-POC | | 0.10(C) CH | 0.00-0.07 | ng/mL |

(C)   Critical value reported at bedside.
      POC testing performed at the bedside. Immediate notification
      of results given to nurse/physician at time of testing.
      PERFORMED BY A.BERNAL

| Patient: JONES, DUSTIN | DOB: ▓▓▓▓▓▓▓ | Acct# AF0800467372 |
| Loc/Room: AP.ER / | Age/Sex: 26/M | Unit# MF00227203 |

** CONTINUED ON NEXT PAGE **

Kirbyville  000110

LR PAGE 12 .
RUN DATE: 05/16/13                 CHRISTUS Jasper Memorial Hospital                        PAGE 12
RUN TIME: 1103                     1275 Marvin Hancock Drive ~ Jasper, TX  75951

Summary Location Report

| Name: JONES,DUSTIN | Age/s_____ | Attend Dr: MITCHELL,LYLIETH P MD |
|---|---|---|
| Acct#: AP0800467372 | c_____ | Location: AP.ER |
| Unit#: MP00227203 | Status: DEF ERR | Reg: 05/14/13          Disch: |

| Date | | | | |
|---|---|---|---|---|
| Time | | 1242 | 1036 | Reference Units |
| FIO2 | | 80 (n) | 80 (n) | % |
| pH | | 7.07 (o) CL | 6.48 (p) CL | 7.35-7.45 |
| PCO2 | | 80 (n) | 73 (q) CH | 35-45 | mmHg |
| FO2 | | 481 (r) CH | 395 (s) CH | 80-100 | mmHg |
| HCO3 | | 11 (n) L | 4 (n) L | 22-26 | mmHg |
| BE | | -18 (n) L | -36 (n) L | -2-2 | mmol/L |
| O2SAT | | 100 (n) | 100 (n) | 90-100 | % |
| O2 Device | | VENTILATOR (n) | VENT (n) | |
| Collection Site | | Left Radial (n) | Right Radial (n) | |
| Tidal Volume | | 700 (n) | 700 (n) | mL |
| SIMV | | 18 (n) | 14 (n) | |
| PEEP | | 5 (n) | 5 (n) | |

NOTES:  (n)  CHRISTUS - Jasper Memorial Respiratory
             1275 South 2nd Street - Jasper, Texas  75951
        (o)  Critical value, verified by repeat analysis or trending.
             Called to DR MITCHELL
             at 1243 on 05/14/13 by SWB0001.
             Result read-back successful. Y
             See also (n)
        (p)  Critical value, verified by repeat analysis or trending.
             Called to DR MITCHELL
             at 1051 on 05/14/13 by SWB0001.
             Result read-back successful. Y
             See also (n)
        (q)  Critical value, verified by repeat analysis or trending.
             Called to DR MITCHELL
             at 1052 on 05/14/13 by SWB0001.
             Result read-back successful. Y
             See also (n)
        (r)  Critical value, verified by repeat analysis or trending.
             Called to DR MITCHELL
             at 1243 on 05/14/13 by SWB0001.
             Result read-back successful. Y
             See also (n)
        (s)  Critical value, verified by repeat analysis or trending.
             Called to DR MITCHELL
             at 1052 on 05/14/13 by SWB0001.
             Result read-back successful. Y
             See also (n)

| Patient: JONES,DUSTIN | DOB: _____ | Acct# AP0800467372 |
|---|---|---|
| Loc/Room# AP.ER / | Age/Sex: 26?/M | Unit# MP00227203 |

** CONTINUED ON NEXT PAGE **

Kirbyville  000111

CHRISTUS Jasper Memorial Hospital          PAGE 13
1275 Marvin Hancock Drive - Jasper, TX  75951

Summary Location Report

| Name: JONES, DUSTIN | Age/Sex: 26/M | Attend Dr: MITCHELL, LYLIETH F ND |
| Acct#: AP0800467372 | DOB: | Location: AP.ER |
| Unit#: MF00227203 | Status: DEP ERX | Reg: 05/14/13    Disch: |

▓▓▓▓▓▓▓▓▓▓BLOOD GASES (CONTINUED)▓▓▓▓▓▓▓▓▓▓

| Date | ----------5/14/13---------- | | Reference Units |
| Time | 1242 | 1036 | |

Ventilator Type    |        AVEA(t)    |              |

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| EKG 12 Lead Rou | MAY 14 | 1040 | (u) | | |

NOTES:  (t)  CHRISTUS - Jasper Memorial Respiratory
             1275 South 2nd Street - Jasper, Texas  75951
        (u)  See EKG on chart.

| Patient: JONES, DUSTIN | DOB: | Acct# AP0800467372 |
| Loc/Room# AP.ER / | Age/Sex: 26/M | Unit# MF00227203 |

** CONTINUED ON NEXT PAGE **

Kirbyville  000112

**CHRISTUS Jasper Memorial Hospital**
**1275 Marvin Hancock Drive - Jasper, TX  75951**

**Summary Location Report**

| | | |
|---|---|---|
| **Name:** JONES, DUSTIN | **Age/Sex:** 25/M | **Attend Dr:** MITCHELL,LYLIETH P MD |
| **Acct#:** AP0900467372 | **DOB:** ■■■■■■ | **Location:** AP.ER |
| **Unit#:** MP00227203 | **Status:** DEP ERX | **Reg:** 05/14/13    **Discn:** |



**COLLECTED:** May 14, 2013 1:00pm

Blood Type              O Pos
Antibody Screen         NEGATIVE
                        *Reference: NEGATIVE*

| ISSUED and TRANSFUSED PRODUCTS | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Issue** | | |
| **Unit #** | **Bld Type** | **Product** | **Status** | **Date** | **Time** | **Rsrvd** |
| W036513026702 | O Pos | Plasma Th | PRSMD TRFSD | 05/14/13 | 1416 | |
| W036513034131 | O Pos | Plasma Th | PRSMD TRFSD | 05/14/13 | 1416 | |

| | | |
|---|---|---|
| **Patient:** JONES, DUSTIN | **DOB:** ■■■■■ | **Acct#** AP0900467372 |
| **Loc/Room#**      AP.ER / | **Age/Sex:** 25/M | **Unit#** MP00227203 |

** END OF REPORT **

Kirbyville  000113

# CHRISTUS Jasper Memorial Hospital
### 1275 Marvin Hancock Dr.        Jasper, Texas 75951

Product: _FFP_   X-match Date: _5-14-13_   X-match Expires: _NA_   ABO/Rh: _O POS_   AB Screen: _Negative_

Patient Name: _Jones Dustin_   M.R.#: ~~_____~~

Physician: _Mitchell_   DONOR Unit #: _026702_   Unit Exp. Date: _6-19-13_   Unit ABO/Rh: _O POS_

I certify that all information identifying the donor unit with the intended recipient has been verified, item by item, in the presence of the recipient.

_Alejandro Servello_ RN _5-14-13 1420_   _Kkatulapa_   _5/4/13 1420_
Transfusionist        DATE/TIME        Witness        DATE/TIME

Transfusion Consent Present: [X] yes [ ] no        (If no, do NOT Proceed)   IV site/size/typ: _20 g_

## PRE-TRANSFUSION ASSESSMENT
**LUNGS:** [ ] clear [ ] crackles [X] wheezes   **SKIN:** Hives/rash [ ] yes [X] no   **URINARY OUTPUT** > 30 cc/hr: [ ] yes [X] no

### VITAL SIGNS

| | Time | Temp | Pulse | Resp | B/P | Signatures |
|---|---|---|---|---|---|---|
| Pre-Transfusion | 1425 | | 129 | 18 | 79/49 | ***N/A*** R.N. |
| **START TIME:** | | | | | Observed by: | |
| 15 min. post start | 1442 | | 127 | 18 | 164/5_ | |
| 30 min. post start | | | | | | |
| ***Here and ABOVE - Platelets Only*** | | | | | | |
| 45 min. post start | | | | | | |
| 1 Hour post start | | | | | | |
| 2 Hours post start | | | | | | |
| 3 Hours post start | | | | | | |
| 4 Hours post start | | | | | | |
| Post-Transfusion | 1451 | | 127 | 18 | 96/45 | |
| Completed, Discontinued, or Transferred by | | | | | | _Alejandro Servello_ R.N. _5-14-13 1440_ DATE/TIME |

***Here and ABOVE - PRBC/FFP***

## POST-TRANSFUSION Total Volume INFUSED: _nil_
**POST TRANSFUSION ASSESSMENT** (Notify physician of change in pre- to post-assessment status).
**LUNGS:** [ ] clear [ ] crackles [X] wheezes   **SKIN:** Hives/rash [ ] yes [X] no   **URINARY OUTPUT** > 30 cc/hr: [ ] yes [X] no

Transfusion filter changed: [ ] yes [ ] no

**Possible Transfusion Reaction CRITERIA:**

| | |
|---|---|
| 1) Change in body temperature ( rise of at least 1°C or 2° F) | 3) Chills (shaking) with or without fever |
| 2) Pain at infusion site, in chest, lower back, abdomen or flanks, or headache | 4) Blood pressure changes |
| 3) Change of Respiratory status (i.e. hypertension related to volume overload, shortness of breath, etc.) | 6) Skin changes (flushing, urticaria, edema (local or general) |
| 7) Nausea (with or without vomiting) | 8) Anaphylaxis |
| 9) Acute onset of sepsis (fever, severe chills, hypotension, high output, cardiac failure) | |
| 10) Any adverse symptom or physical sign occurring during transfusion of blood components should be initially considered as a potential acute transfusion reaction. | |

**BLOOD REACTION** [ ] yes [X] no        (If yes, proceed and follow Blood Transfusion Reaction Worksheet – page L)
1) Stop the transfusion IMMEDIATELY.
2) Leave catheter in vein, change IV tubing and slowly infuse 0.9% saline.
3) Notify the physician IMMEDIATELY.
4) Continue completing Blood Transfusion Reaction Worksheet - p. 1)

### Product Tag - Transfusion Unit Monitoring Form

## CHRISTUS Jasper Memorial Hospital
### 1275 Marvin Hancock Dr.          Jasper, Texas 75951

Product: _CCP_  X-match Date: _5-14-13_  X-match Expires: _NA_  ABO/Rh: _A POS_  AB Screen: _Negative_

Patient Name: _Jones, Dustin_  M.R.#: _777203_  Armband #: _CCM 8048_

Physician: _Mitchell_  DONOR Unit #: _030131_ _W05905 13_  Unit Exp. Date: _6-19-13_  Unit ABO/Rh: _O POS_

I certify that all information identifying the donor unit with the intended recipient has been verified, item by item, in the presence of the recipient.

_Kayla Jessman_ ___  5-14-13 1420  _Kayla, RN_  5/14/13 1420
**Transfusionist**          DATE/TIME          Witness          DATE/TIME

Transfusion Consent Present: [X] yes [ ] no  (If no, do **NOT** Proceed)  IV site/size/type: _18 G_

### PRE-TRANSFUSION ASSESSMENT
**LUNGS:** [ ] clear [ ] crackles [ ] wheezes  **SKIN:** Hives/rash [ ] yes [ ] no  **URINARY OUTPUT** > 30 cc/hr: [ ] yes [ ] no

**VITAL SIGNS**

|  | Time | Temp | Pulse | Resp | B/P | Signature |
|---|---|---|---|---|---|---|
| Pre-Transfusion | 1425 |  | 124 | 18 | 79/41 | _Nicole Jones_ R.N. |
| **START TIME:** 1440 |  |  | Observed by: |  |  |  |
| 15 min. post start |  |  | 135 | 18 | 104/53 |  |
| 30 min. post start |  |  | 125 | 18 | 96/49 |  |

*************Here and ABOVE - Platelets Only*************

| 45 min. post start |  |  |  |  |  |  |
| 1 Hour post start |  |  |  |  |  |  |
| 2 Hours post start |  |  |  |  |  |  |
| 3 Hours post start |  |  |  |  |  |  |
| 4 Hours post start |  |  |  |  |  |  |
| Post-Transfusion |  |  | 127 | 18 | 96/49 |  |

Completed, Discontinued, or Transferred by _Alexander Hernald_ R.N. 5-14-13 / 1440 DATE/TIME

*************Here and ABOVE – PRBC/FFP*************

### POST TRANSFUSION Total Volume INFUSED: _____ ml
**POST TRANSFUSION ASSESSMENT** (Notify physician of change in pre- to post-assessment status).
**LUNGS:** [ ] clear [ ] crackles [ ] wheezes  **SKIN:** Hives/rash [ ] yes [X] no  **URINARY OUTPUT** > 30 cc/hr: [ ] yes [X] no

Transfusion filter changed [ ] yes [ ] no

**Possible Transfusion Reaction CRITERIA:**

| 1) Change in body temperature ( rise of at least 1°C or 2°F) | 2) Chills (shaking) with or without fever |
|---|---|
| 3) Pain at infusion site, in chest, lower back, abdomen or flanks, or headache | 4) Blood pressure changes |
| 5) Change of Respiratory status (i.e. hypertension related to volume overload, shortness of breath, etc.) | 6) Skin changes (flushing, urticaria, edema (local or general) |
| 7) Nausea (with or without vomiting) | 8) Anaphylaxis |
| 9) Acute onset of sepsis (fever, severe chills, hypotension, high output, cardiac failure) |  |
| 10) Any adverse symptom or physical sign occurring during transfusion of blood components should be initially considered as a potential acute transfusion reaction. |  |

**BLOOD REACTION:** [ ] yes [X] no  (If yes, proceed and follow **Blood Transfusion Reaction Worksheet – page 1.**)
1) Stop the transfusion IMMEDIATELY.
2) Leave catheter in vein, change IV tubing and slowly infuse 0.9% saline.
3) Notify the physician IMMEDIATELY.
4) Continue completing Blood Transfusion Reaction Worksheet – p. 1)

## Product Tag – Transfusion Unit Monitoring Form

Kirbyville  000115









Kirbyville 000119





HR(ECG)   107  bpm  Resp(CO2),   29 rpm  CO2,   0

NIBP 92 / 62 ( 78 ) mmHg  Interval: 5 min

Insp / 66 Et mmHg

Et; 3 min Spo2; 97 %





Kirbyville 000123











**Facsimile**



# CHRISTUS ®
## JASPER MEMORIAL
### Hospital

| Date: 5-16-13 | Pages (including cover): |
|---|---|
| To: Forensic Medical | From: Christus Jasper Memorial |
| Fax: 409·726·2569 | Fax: 409·384·1991 |
| Telephone: | Telephone: EX 384·1888 |
| Reference: Jones, D | Department — HIM |

**CONFIDENTIALITY NOTICE**
This document may contain confidential information that is protected by the attorney-client privilege. The information is intended only for the use of the named recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.
**DO NOT COPY — DO NOT FORWARD**

Kirbyville 000127

EXHIBIT "C-7"

M0001M104   AE0001294539   MED
JONES, DUSTIN
05/14/13 M 08/31/1986   26
BENCOWITZ, HAROLD Z MD
AE,2229-A

**CHRISTUS Hospital**

☒ St. Elizabeth                    ☐ St. Mary
2830 Calder Street                 3600 Gates Blvd.
Beaumont, TX                       Port Arthur, TX

# POST MORTEM WORKSHEET

Patient's Name __Jones, Dustin__     Age __26__ Sex __m__
Home Address __4475 Phil ... Beaumont, TX 77703__
Social Security Number ~~_____~~    Birthdate __8-31-1986__
Date of Admission __05-14-2013__    Date/Time Pronounced __5/15/2013 @ 1705__
Pronounced By: __Dr. H. Bencowitz__   Admitting Physician __Dr. H. Bencowitz__ (not resident)

Call Southwest Transplant Alliance (STA) on **ALL** deaths to discuss possibility for donation 1-800-201-0527.
Donor Referral Line (STA) will contact eye & tissue banks for you.

____ The patient is a candidate for organ donation. (STA will coordinate consent process.) __Referral # 316050__
✓ The patient is not a candidate for organ donation but is possibly a candidate for eye/tissue donation.
Reason for decline: __Organ failure__     Name of Coordinator: __Sam__

**Eye/Tissue Bank Response:**
✓ The eye and tissue banks have stated that this patient is not a candidate for eye or tissue donation.
**DO NOT APPROACH THE FAMILY.**
Reason for eye/tissue bank decline: __Multi organ failure__
Name of eye/tissue bank coordinator(s): __Sam__

**The patient is a candidate for:**
____ Eye donation    ____ Tissue donation    Name of eye/tissue bank contact: _____
*The tissue/eye bank will coordinate consent with nursing staff.*
(If the person authorized to make decisions about donation consents to donation, complete the STA Consent Form.)
Name/Title of person completing this form: __Tammy Honey, RN__   Date/Time: __5/15/2013 @ 1735__

**VALUABLES SENT:** ____ To Funeral Home   ✗ With Family __Nothing in pt possession__
____ Watch ____ Jewelry ____ Glasses ____ Clothing   Dentures: ____ Upper ____ Lower ____ Other

**MORTUARY RELEASE**
Body to be released to: __BJ Transport__    Mortuary Notified By: _____
    (Mortuary)            (Staff Member)
__Judge Jones__ On authority of: __Gabriel Jones (Ranson) mother__
              (Name)
__mother__    __Community Funeral Home__
(Relationship)

**POST MORTEM** ____ No   ✓ Yes Complete Autopsy permission form   If yes, to be done where _____
____ Restricted Autopsy (Specify Restrictions) _____
Laboratory notified _____   Time _____ Ordered By: ____ Physician ____ Coroner ____ Family
     (Individual's Name)               (Family requested autopsy requires
                             pre-payment of services. Please contact
                             the Jefferson County Morgue for additional
                             information at 409-728-2671)

Deceased Received by: 1. Surgery _____
                 (Name)      (Date)      (Time)

              2. Body Transport __BJ Transport 5/15/2013 @ 1732__   =Barbara
                   (Name of person transporting) (Date) (Time)

              3. Med. Examiner/Coroner __BJ Transport (Barbara)__
                   (Name)      (Date)      (Time)

              4. Funeral Director _____
                   (License #)      (Date)      (Time)

              Mortuary _____

Person Completing form __Tammy RN__    Person Releasing Body __Tammy RN__
Distribution: Original-Patient's Chart • Yellow Copy - Mortuary • Pink Copy - NSG Service when body sent to Morgue
Reorder #40552   Revised 4/08     **POST MORTEM WORKSHEET**

Kirbyville 000049

**Harold Z. Bencowitz MD**

**Pulmonary Consultation / History & Physical Exam**

| | |
|---|---|
| patient name | Dustin Jones |
| room number | 2229    date 5/14/13 |
| referring md | ICU admit    consults |
| chief complaint | Full arrest |

summary

26 yo AAM reportedly smoking synthetic marijuana laced c̄ formaldehyde when officers came to serve warrant for unknown charges. Reportedly, a fight ensued & according to JMH notes, pt was in chokehold & became unresponsive. No pulse. CPR started, EMS called. Officers report ambulance took 25 min to arrive. Resuscitated → JMH. Pupils fixed. No gag, no corneal reflex. He is oozing from eyes, mouth, nose, abrasion on arm.

PBW = 77
VT = 620

☑ unable to obtain history or ROS directly from the patient due to: ☐ intubated ☐ sedated ☐ altered mental status ☐ other _____

**review of systems** (instructions: circle if positive, strike out if negative)

| | | | | |
|---|---|---|---|---|
| dyspnea | hemoptysis | fever/chills/night sweats | nausea/vomiting/abd pain | headache/seizures |
| wheezing | purulent sputum | weight loss/anorexia | dysuria/hematuria | bleeding/bruising |
| cough | chest pain | abnormal vision | arthritis | enlarged lymph nodes |
| sputum | edema | hoarseness | rash | all others negative |

**past medical history** (instructions: circle if positive, strike out if negative)   Hx from mother

| | |
|---|---|
| diabetes | copd |
| hypertension | asthma |
| hyperlipidemia | dvt/embolism |
| hypothyroidism | sleep apnea |
| coronary disease | cancer |
| heart failure | cva/tia |

**past surgical history** (instructions: circle if positive, strike out if negative)

cabg
cholecystectomy
hysterectomy
back/neck surgery

**outpatient medications**

Albuterol @ hs

**current inpatient medications** @ JMH

Dopamine gtt
Neo gtt
D50
NaHCO3 50meq
Novolin R 10U IV
NS c̄ CaGluc

**medication allergies** none

**smoking history**   never smoked

age started _____   last smoked _____

**occupational history** / unknown

**alcohol / substance use**   Synthetic marijuana found on person
unknown

average ppd "occasionally" current ppd

**family history** unknown

I have written or reviewed everything on this page - Harold Bencowitz MD   [signature] 5/19/13

v4 1.5/1/13   page 1 of 2

Fox - 839.2303

ADMISSION/SERVICE DATE ... 09/24/2014   TIME: 1629    DISCHARGE DATE:                    TIME:

| PATIENT NAME/ADDRESS | | | | | |
|---|---|---|---|---|---|
| JONES,DUSTIN 4675 ABILENE ST | UNIT NUMBER CONFIDENTIAL AE00188104 | ROOM/BED & ACCOMMODATION AK.2328-A 1(3) | PATIENT STATUS ADM IN | ADMIT SOURCE NB ADMIT SRC 6 TRANSFER F | LOC/SVC MED | ACCOUNT NUMBER AE0001294539 |
| BEAUMONT,TX 77703 1410 ALTERNATE ADDRESS N PHONE (409)000-0557 SEX M   456-79 2204 MAIDN | DOB 08/31/1986 AGE 2h  WISP AGE 2h SEX M  RACE AA RELIGION UK | MARTL STAT | LANGUAGE ENG | ADMIT PRIORTY EL | FIN CLASS SP | ADMIT CLERK VMH00801 |

| PATIENT'S EMPLOYER UNKNOWN | NEXT OF KIN/ADDRESS | | PERSON TO NOTIFY/ADDRESS | |
|---|---|---|---|---|
| PHONE OCCUPATION UNKNOWN | JONES,RUDY 4675 ABILENE ST BEAUMONT,TX 77703 1410 | (Mother) Gebrelle Jones - 2307 Ave #902 949-705-7254   Grand Prairie TX 75050 | JONES,RUDY 4675 ABILENE ST BEAUMONT,TX 77703-1410 | |
| GUARANTOR NAME/ADDRESS | RELATIONSHIP GRANDPARENT HOME PHONE (409)000-0557 WORK PHONE | | RELATIONSHIP GRANDPARENT HOME PHONE (409)000-0557 WORK PHONE | |
| JONES,DUSTIN 10545 VINSON ST BEAUMONT,TX 77713-9683 (409)000-3429 | ADVANCE DIRECTIVES | | | |
| SSN   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 RELATIONSHIP SELF / SAME AS PAT) | DOES PATIENT HAVE...... Community Funeral Home 838-6597 | | AN ADVANCE DIRECTIVE U LIVING WILL/DIRECTIVE TO PHYS & FAMILY? HEALTH PROXY? MEDICAL POWER OF ATTORNEY? OUT OF HOSPITAL DNR? DECLARATION OF MENTAL HEALTH TREATMENT? | |
| GUARANTOR'S EMPLOYER UNKNOWN | ADVANCE DIRECTIVE HIPAA DISCLOSURE INFO  BOTH | | WAS ORGAN DONATION INFORMATION GIVEN? | |

| INS-1 SELF-1 | INSURANCE NAME UNINSURED TIER 1 - 4002 | POLICY NUMBER 456792204 | GROUP NUMBER NA | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | PHONE | | | PRECERTIFICATION NUMBER |
| | INSURED NAME  JONES,DUSTIN | DOB 08/31/86 | RELATIONSHIP TO PT  SELF / SAME AS PATIENT | |

| INS-2 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | | | | PRECERTIFICATION NUMBER |
| | INSURED NAME | DOB | RELATION TO PT | |

| INS-3 | INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | AUTHORIZATION NUMBER |
|---|---|---|---|---|
| | | | | PRECERTIFICATION NUMBER |
| | INSURED NAME | DOB | RELAT   PT | |

| REASON F    IP    VISIT | DIAG. |
|---|---|
| DX | ADM |
| | ATT'G/AB PHYSICIAN |
| | REFERRING PHYSICIAN |

ADM 291.28 FORM
REVISION  1/14/2014   087

UNIT NUMBER                     ACCOUNT NUMBER

# Christus Hospital St. Elizabeth
## 2830 Calder Street
## Beaumont, TX 77702
## 409-899-7157

Pt Name: JONES,DUSTIN
~~00/00/0000~~ 26 Y / M
MR: ME00188104
Acct: AE0001294539
Pt Location: AE.ICE AE.2229-A

Ordering Phy: BENCOWITZ, HAROLD Z MD

| Exam Date & Time: 05/15/13 1402 | Report # | Requisition # |
| Exam: 0515-0282 DX/CHEST 1 VIEW | RAD 0515-0468 | 13-0089367 |

Exam CPT: 71010

Chest one view May 15, 2013

Clinical history: Cardiac arrest.

Comparison: Chest one view May 15, 2013 at 02:31 a.m..

Findings:

Endotracheal tube tip projects approximately 3.1 cm from the carina. Nasogastric tube is stable in position. Previous right internal jugular central venous catheter is not definitively visualized on this exam. A right upper extremity PICC catheter tip projects over the expected right atrium.

No new pulmonary or pleural abnormality detected.

The remainder of the examination is not significantly changed.

Dictated By: DIMAALA,JAMES E MD
Signed By: DIMAALA,JAMES E MD

SXQ
D: 05/15/13 1444
T: 05/15/13 1448
S: 05/15/13 1452

cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD
Ordering Phy: BENCOWITZ,HAROLD Z MD
Attending MD: BENCOWITZ,HAROLD Z MD

Patient Status: ADM IN
Admit Service Date: 05/14/13
Discharge Service Date:

Page 1 of 1

**Radiology Report**
Patient Location's copy

Report #: RAD 0515-0468

Kirbyville  000051

## physical examination

CONSTITUTIONAL temperature **97.1** blood pressure **64/36** heart rate **128** respiratory rate **12**

height **6'** weight **189 lb** bmi **25.6** saturation _____ oxygen _____

WNL/NAD obesity cachexia acutely ill chronically ill diaphoretic

RESPIRATORY rales rhonchi wheezing decreased bs prolonged exhalation bronchial bs labored breathing accessory muscles chest wall tenderness fremitus dullness to percussion

CARDIOVASCULAR irregular rhythm tachycardia bradycardia murmur S3 S4 rub jvd edema

GASTROINTESTINAL abd distention abd tenderness mass hepatomegaly splenomegaly abnormal bowel sounds

EXTREMITIES clubbing calf tenderness venous stasis

MUSCULOSKELETAL joint inflammation/swelling

SKIN rash skin lesion cellulitis

NEUROLOGIC altered mental status coma confusion disorientation GCS 3

PSYCHIATRIC depression anxiety agitation pupils fixed/dilated

LYMPHATIC lymphadenopathy

laboratory results @ 1040 ~ 141 | 107 | 13 \ 259   Ca - 10.0 → 8.1
                                    6.1 |  6  | 2.5 /            Mg - 2.7

bmp/cmp   136 | 102 | 14 \ 280      Anion - 40ecg / echocardiogram
1300      (8.1) | 13 | 2.9 /          TBili - 0.1     Alb - 3.2
                                    AST - 237
                                    ALT - 322
                                    ALK - 137

bnp          a1c          tch          urinalysis ⊕pro 8-12 RBC  few bact
                                                    ⊕DOB 8-34 WBC  (clay)
pt/inr/ptt  12.7/1.3/>120   Ddimer > 5000   urine drug screen (Neg)  Aset - p   ASEP - 6.5

@ 1040  WBC - 13.7                           sak   index   troponin
        22.4 | 16.4 | 289                    842   0.6     0.10
        chb    48.1
        radiographic results

                              Neut - 57    | date | time | ph | po2 | pco2 | ventilator settings |
                              Band - 13     | 5/14 | 1036 | 6.48 | 345 | 18 | 700/80/14/5/0 |
                              Lymph - 24    | 5/14 | 1242 | 7.07 | 451 | 40 | 700/80/18/5/0 |
                              Mono - 4
                              Eos - 2

impression                    plan

sig

nurs

Kirbyville  000052

Pt Name: JONES,DUSTIN
/ 26 Y / M                                                                    **Signed**
MR: ME00188104
Acct: AE0001294539                          Ordering Phy: BENCOWITZ, HAROLD Z MD
Pt Location: AE.ICE AE.2229-A

Exam Date & Time: 05/15/13
Exam: 0515-0020 NM/BRAIN SCAN SPECT          Report #              Requisition #
0515-0024 NM/BRAIN SCAN CM W/VAS FLOW        RAD 0515-0548         13-0089323

Exam CPT: 78606; 78607

Emergent interpretation

Nuclear medicine brain vascular flow study with SPECT imaging

History: Brain death. Cardiac arrest. Unresponsive.

Technique: 25.0 mCi technetium 99m labeled Ceretec were administered.

Findings: There is lack of intracranial vascular flow, consistent with a brain death.

Impression:
1.. Brain death.

Emergent interpretation

                                        Dictated By: CONNER,DOUGLASS C MD
                                        Signed By:   CONNER,DOUGLASS C MD

SXQ
D: 05/15/13 1621
T: 05/15/13 1624
S: 05/15/13 1628

BENCC            Z MD;                       ent Status:
Admitting M      Z,HAROLD Z M                Admit Service
Ordering Ph      TZ       D Z M              Discharge Ser   Date
Attending M      NCOWITZ  LD Z               Report #: RAD 0515-0548

                             Radiology Report
                          Patient Location's cre

Page 1 of

Kirbyville  000053

Kirbyville 000054



| | 5/14/13 17:20 | 5/15/13 04:55 |
|---|---|---|
| WBC | 20.2 H | 21.6 H |
| RBC | 5.07 | 5.71 |
| Hgb | 14.0 | 16.0 Δ |
| Hct | 44.4 | 52.7 |
| MCV | 86 | 92 Δ |
| MCH | 27.7 | 27.0 |
| MCHC | 31.3 L | 30.2 L |
| RDW | 14.7 H | 14.8 H |
| Plt Count | 204 | 219 |
| MPV | 7.0 | 8.4 |
| Neut % | 0 | |
| Lymph % | 0 | |
| Mono % | 0 | |
| Eos % | 0 | |
| Baso % | 0 | |
| Neut # | 0 | |
| Lymph # | 0 | |
| Mono # | 0 | |
| Eos # | 0 | |
| Baso # | 0 | |
| Manual Differential | ..... | ..... |
| Neutrophils % (Manual) | 71 | 73 |
| Band Neuts % (Manual) | 12 H | 19 H |
| Lymphocytes % (Manual) | 15 L | 7 L |
| Prolymphocyte % | | 0 |
| Monocytes % (Manual) | 2 | 1 |
| Eosinophils % (Manual) | 0 | 0 |
| Basophils % (Manual) | 0 | 0 |
| Metamyelocytes % | 0 | 0 |
| Myelocytes % | | 0 |
| Promyelocytes % | 0 | 0 |



Kirbyville 000055

Kirbyville 000056

Jones, Dustin

Laboratory: Chemistry

Selected Visit

Chemistry

| | 5/14/13 20:05 | 5/14/13 21:04 | 5/14/13 21:55 | 5/15/13 04:55 | 5/15/13 07:10 |
|---|---|---|---|---|---|
| POC Sodium | 149 | 149 | 146 H | Cancelled | 144 L |
| Sodium | | | | Cancelled | 147 H |
| Potassium | | | | Cancelled | 115 H |
| Chloride | | | | Cancelled | 14 L |
| Carbon Dioxide | | | | Cancelled | 22 H |
| Anion Gap | | | | Cancelled | 34 H A |
| BUN | | | | Cancelled | 4.5 H A |
| Creatinine | | | | Cancelled | 17 L |
| Estimated GFR | | | | Cancelled | 132 H |
| Glucose | | | | Cancelled | 178 H |
| Calcium | | | | Cancelled | 10.2 H |
| Phosphorus | | | | Cancelled | 3.63 H |
| Magnesium | | | | Cancelled | 0.7 A |
| Total Bilirubin | | | | Cancelled | 5521 H |
| AST | | | | Cancelled | 1545 H |
| ALT | | | | Cancelled | 167 H |
| Alkaline Phosphatase | | | | | |
| Total Creatine Kinase | | | | | |
| Troponin T | | | | Cancelled | .62 L |
| Total Protein | | | | Cancelled | 9.1 L |
| Albumin | | | | | |



Laboratory/Blood Gas

Selected Visit

| | 5/18/13 04:23 |
|---|---|
| Puncture Site | Right Brachial |
| O2 Sat Pulse Oximetry | 90 |
| ABG pH | |
| ABG pCO2 | 51.8 H |
| ABG pO2 | 385.0 H |
| ABG HCO3 | 12.2 L |
| ABG O2 Saturation | 99.7 |
| ABG O2 Content | 23.3 H |
| ABG Base Excess | -19.6 L |
| ABG Hemoglobin | 16.1 |
| ABG Oxyhemoglobin | 98.6 |
| ABG Carboxyhemoglobin | 0.4 |
| ABG Methemoglobin | 0.7 |
| Allen Test | Not Applicable |
| Reduced Hemoglobin | 0.3 |
| Respiration Rate | 14 |
| Set Respiration Rate | 12.0 |
| O2 Delivery Device | VENTILATOR |
| Minute Volume | 10.80 |
| Vent Mode | Act |
| FIO2 | 100 |
| Tidal Volume | 600 |
| Peak Inspir Pressure | 29.0 |
| PEEP or CPAP | .000 |
| Crit Value Called To | MARIE RN |
| Blood Gas Notified Time | 5/18/2013 4:30:00 AM |

Pt Name: JONES,DUSTIN                                              Signed
26 Y / M
MR: ME00188104
Acct: AE0001294539                    Ordering Phy: BENCOWITZ, HAROLD Z MD
Pt Location: AE.ICE AE.2229-A

---

| Exam Date & Time: 05/15/13 1402 | Report # | Requisition # |
| Exam: 0515-0262 DX/CHEST 1 VIEW | RAD 0515-0468 | 13-0089387 |

Exam CPT: 71010

Chest one view May 15, 2013

Clinical history: Cardiac arrest.

Comparison: Chest one view May 15, 2013 at 02:31 a.m..

Findings:

Endotracheal tube tip projects approximately 3.1 cm from the carina. Nasogastric tube is stable in position. Previous right internal jugular central venous catheter is not definitively visualized on this exam. A right upper extremity PICC catheter tip projects over the expected right atrium.

No new pulmonary or pleural abnormality detected.

The remainder of the examination is not significantly changed.

                          Dictated By: DIMAALA,JAMES E MD
                          Signed By:   DIMAALA,JAMES E MD

SXQ
D: 05/15/13 1444
T: 05/15/13 1448
S: 05/15/13 1452

---

cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD        Patient Status: ADM IN
Ordering Phy: BENCOWITZ,HAROLD Z MD        Admit Service Date: 05/14/13
Attending MD: BENCOWITZ,HAROLD Z MD        Discharge Service Date:

Kirbyville  000058

Pt Name: JONES,DUSTIN
0           / 26 Y / M                                          Signed
MR: ME00188104                          Ordering Phy: BENCOWITZ, HAROLD Z MD
Acct: AE0001294539
Pt Location: AE.ICE AE.2229-A

---

Exam Date & Time: 05/15/13          Report #                Requisition #
Exam: 0515-0020 NM/BRAIN SCAN SPECT   RAD 0515-0548          13-0089323
0515-0024 NM/BRAIN SCAN CM W/VAS FLOW

Exam CPT: 78606; 78607

Emergent Interpretation

Nuclear medicine brain vascular flow study with SPECT imaging

History: Brain death. Cardiac arrest. Unresponsive.

Technique: 25.0 mCi technetium 99m labeled Ceretec were administered.

Findings: There is lack of intracranial vascular flow, consistent with a brain death.

Impression:
1.. Brain death.

Emergent interpretation

                          Dictated By: CONNER,DOUGLASS C MD
                          Signed By:   CONNER,DOUGLASS C MD

SXQ
D: 05/15/13 1621
T: 05/15/13 1624
S: 05/15/13 1626

---

cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD          Patient Status: ADM IN
Ordering Phy: BENCOWITZ,HAROLD Z MD          Admit Service Date: 05/14/13
Attending MD: BENCOWITZ,HAROLD Z MD          Discharge Service Date:

Page 1 of 1                    Radiology Report          Report #: RAD 0515-0548

Kirbyville  000059

Signed

Pt Name: ██████████
██████ 86 / 26 Y / M
MR: ME00188104                                      Ordering Phy: BENCOWITZ, HAROLD Z MD
Acct: AE0001294539
Pt Location: AE.ICE AE.2229-A

---

| Exam Date & Time: 05/15/13 0100 | Report # | Requisition # |
| Exam: 0515-0044 DX/CHEST 1 VIEW | RAD 0515-0027 | 13-0088989 |

Exam CPT:  71010

Chest 5/14/2013 11:50:00 PM

History: Vent management.

Findings:

This since the examination of May 14, 2013, the lungsremain essentially clear. The life
support lines and tubes are stable.

Impression:

Stableappearance of the chest over the interim.

Dictated By:  JOHNSON,RALEIGH F MD
Signed By:    JOHNSON,RALEIGH F MD

SXQ
D: 05/15/13 0246
T: 05/15/13 0247
S: 05/15/13 0251

---

cc:  BENCOWITZ,HAROLD Z MD;
Admitting MD:  BENCOWITZ,HAROLD Z MD          Patient Status:  ADM IN
Ordering Phy:  BENCOWITZ,HAROLD Z MD          Admit Service Date:  05/14/13
Attending MD:  BENCOWITZ,HAROLD Z MD          Discharge Service Date:

Kirbyville  000060

Pt Name: JONES,DUSTIN                                                          **Signed**
▓▓▓▓▓▓▓ / 26 Y / M
MR: ME00188104
Acct: AE0001294539                          Ordering Phy: BENCOWITZ, HAROLD Z MD
Pt Location: AE.ICE AE.2229-A

---

Exam Date & Time: 05/14/13 1733              Report #              Requisition #
Exam: 0514-0341 DX/CHEST 1 VIEW              RAD 0514-0540         13-0088710

Exam CPT: 71010

Chest one-view 1739 hours

History: Status post cardiac arrest, check central line placement.

Findings:

Right internal jugular central venous catheter tip overlies the expected cavoatrial junction.

ET tube tip is well above the carina.

NG tube tip courses below the GE junction and projects over the expected gastric fundus.

There is no focal lung consolidation, pleural effusion or pneumothorax.

EMERGENT INTERPRETATION

                                    Dictated By:  DIAZ,GREGORY C MD
                                    Signed By:    DIAZ,GREGORY C MD

SXQ
D: 05/14/13 1831
T: 05/14/13 1835
S: 05/14/13 1838

---

cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD            Patient Status: ADMIN
Ordering Phy: BENCOWITZ,HAROLD Z MD           Admit Service Date: 05/14/13
Attending MD: BENCOWITZ,HAROLD Z MD           Discharge Service Date:

Kirbyville  000061

SPECIMEN REPORT

Name: JONES,DUSTIN       Age/Sex: 26/M       Attend Dr: BENCOWITZ,HAROLD Z MD
Acct#: AE0001294539       DOB: ▮▮▮▮▮       Location: AE.ICE    AE.2229-A
Unit#: ME00188104       Status: ADM IN       Reg: 05/14/13   Disch:

SPEC #: 0514:C006255       COLL: 05/14/13-1720       SUBM DR: BENCOWITZ,HAROLD Z MD
STATUS: COMP       RECD: 05/14/13-1813       OTHER DR:
ORDERED: CMP, Phos, Mg, CK, Troponin T

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| CHEMISTRY | | | | |
|   CMP | | | | |
|     BMP | | | | |
|       Lytes | | | | |
| >     Sodium | 143 | | 136-145 mmol/L | |
| >     Potassium | 3.9 | | 3.5-5.1 mmol/L | |
| >     Chloride | 109 | H | 98-107 mmol/L | |
| >     CO2 | 21 | L | 24-33 mmol/L | |
| >     Anion Gap | 17 | | 8-16 | |
| >   BUN | 18 | | 6-20 mg/dL | |
| >   Creatinine | 3.0 | H | 0.9-1.5 mg/dL | |
| >   Est GFR | 27 | L | 90-142 | |

ESTIMATED GFR REFERENCE RANGES ARE FOR THE "NORMAL
POPULATION" 5th - 95th PRECENTILES.*

The MDRD equation used to estimate the GFR has only been
validated for patients 18 to 70 years of age, and assumes a
body surface area of 1.73 square meters.
To estimate the GFR for African Americans, multiply the
result provided by 1.21.

| Stages of Patients with Known Kidney Disease | GFR (ml/min/1.73 sq.meters) |
|---|---|
| Stage 1 - Kidney damage w/normal or increased GFR | 90 mL/min or greater |
| Stage 2 - Kidney disease w/mildly decreased GFR | 60-89 mL/min |
| Stage 3 - Moderately decreased GFR | 30-59 mL/min |
| Stage 4 - Severely decreased GFR | 15-29 mL/min |
| Stage 5 - Kidney failure | 14 mL/min or less |

*Coresh J et al.Prevalence of Chronic Kidney Disease and
Decreased Kidney Function in the Adult U.S.Population:Third

Name: JONES,DUSTIN       Age: 26/M       Dr: BENCOWITZ,HAROLD Z MD
Acct#: AE0001294539       DOB:       on: AE.ICE    AE.2229-A
Unit#: ME00188104       Status: ADM IN       Reg: 05/14/13   Disch:

Specimen: 0514:C006259       Collected: 05/14/13-1720       (Continued)

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| | National Health and Nutrition Examination Survey, Am J Kidney Dis, 2003;41(1)1-12. | | | |
| **CHEMISTRY** | | | | |
| >   Glucose | 56 | L | 60-100 mg/dL | |
| >   Calcium | 7.1 | L | 9.1-10.9 mg/dL | |
| >   Phosphorus | 6.8 | H | 2.7-4.5 mg/dL | |
| >   Magnesium | 4.46 | H | 1.70-2.85 mg/dL | |
| >   Bili Total | 0.3 | | 0.0-1.0 mg/dL | |
| >   AST/SGOT | 1890 | | 0-40 U/L | |
| >   ALT/SGPT | 756 | H | 0-41 U/L | |
| >   TP | 5.8 | L | 6.4-8.3 g/dL | |
| >   Albumin | 3.5 | | 3.5-5.0 g/dL | |
| >   ALKP | 157 | H | 53-128 U/L | |
| > CK | > 20000 | H | 38-174 U/L | |
| > Troponin T | 3.10 | CH | 0.00-0.03 ng/mL | |

Critical value, verified by repeat analysis or trending.
Called to MARILYN TAUSON
at 1957 on 05/14/13 by FSCRALL.
Result read-back successful.Y

Troponin T Interpretation:

  >0.10 ng/mL       Consistent with Myocardial Infarction,
                   in the Appropriate Clinical Setting.

Other Conditions Resulting in Myocardial Cell Damage can
Potentially Increase Cardiac Troponin-T Levels Above the
Expected Value. Clinical Studies have Documented These
Conditions to Include Unstable Angina, Congestive Heart
Failure, Trauma, Myocarditis, and Cardiac Surgery or
Invasive Testing.

Patient: JONES,DUSTIN       Age/Sex: 26/M       AcctAE0001294539 UnitME00188104

SPECIMEN REPORT

Name: JONES,DUSTIN
Acct#: AE0001294539    Age/Sex: 26/M    Attend Dr: BENCOWITZ,HAROLD Z MD
Unit#: ME00188104    DOB:        Location: AE.ICE  AE.2229-A
                     Reg: 05/14/13  Disch:

SPEC #: 0514:CG00123S  COLL: 05/14/13-1720  SUBM DR: BENCOWITZ,HAROLD Z MD
STATUS: COMP    RECD: 05/14/13-1813  OTHER DR:
ORDERED:  PT and PTT, Fibrinogen, D-Dimer Quant

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| PT | | | | |
| >   Protime | 20.5 | H | 9.4-11.8 secs | |
| | REPEATED TO VERIFY | | | |
| >   INR | 2.1 | | .* Ratio | |

*INR values, while recommended for monitoring all stages of
oral anticoagulant therapy, may be less reliable during the
initiation period of treatment.

INR THERAPEUTIC RANGE:
   Conventional Dose ~ 2.0 - 3.0
   Intensive Dose  ~ 2.5 - 3.5

| | | | | |
|------|--------|------|-----------|------|
| > PTT | 35.9 | H | 20.3-30.4 secs | |

Although heparin therapy should be individualized, a range
of 1.5 to 2.5 times the patient's baseline aPTT serves as a
guideline.

| | | | | |
|------|--------|------|-----------|------|
| > Fibrinogen | Test not performed | | 202-445 mg/dL | |

UNABLE TO DETERMINE FIBRINOGEN LEVEL DUE TO ELEVATED D-DIMER
RESULTS.

| | | | | |
|------|--------|------|-----------|------|
| > D-Dimer Quant | 162.80 | H | 0.17-0.59 mg/L FEU | |

An elevated D-dimer result is associated with an increased
risk for thromboembolism, DIC, or other coagulopathy. In
addition, a normal value may be of use in ruling out
pulmonary embolus and/or deep vein thrombosis. Correlation
with clinical and radiographic features is suggested.

Kirbyville  000064

SPECIMEN REPORT

---

Name: JONES,DUSTIN       Age/Sex: 26/M       Attend Dr: BENCONITZ,HAROLD Z MD
Acct#: AE0001294539       DOB: ▓▓▓▓▓▓▓       Location: AE.ICE    AE.2229-A
Unit#: ME00188104       Status: ADM IN       Reg: 05/14/13   Disch:

---

SPEC #: 0514:H004138    COLL: 05/14/13-1720    SUBM DR: BENCONITZ,HAROLD Z MD
STATUS: COMP       RECD: 05/14/13-1813    OTHER DR:
ORDERED: CBC Auto Diff, Manual Diff

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| CBC Auto Diff | | | | |
| >   WBC | 20.2 | H | 4.5-11.0 thou/uL | |
| >   RBC | 5.07 | | 4.4-6.2 mill/uL | |
|    Hgb & Hct | | | | |
| >   Hgb | 14.0 | | 13.0-17.5 g/dL | |
| >   Hct | 44.8 | | 40.0-53.0 % | |
| >   MCV | 88 | | 80-94 fL | |
| >   MCH | 27.7 | | 27.5-33.0 pg | |
| >   MCHC | 31.3 | L | 33.3-37.0 g/dL | |
| >   RDW | 14.7 | H | 11.6-14.6 % | |
| >   Plt | 284 | | 150-450 thou/uL | |
| >   MPV | 7.8 | | 5.7-8.8 fL | |
|    Manual Diff? | ----- | | | |
|    Manual Diff | | | | |
| >   Neuts | 71 | | 42-75 % | |
| >   Bands | 12 | H | 5-11 % | |
| >   Lymphs | 15 | L | 21-51 % | |
| >   Monos | 2 | | 1-9 % | |
| >   Eos | 0 | | 0-7 % | |
| >   Basos | 0 | | 0-2 % | |
| >   Metamyelo | 0 | | 0-0 % | |
| >   Myelocytes | 0 | | 0-0 % | |
| >   Prolymph | 0 | | 0-0 % | |
| >   Promyelo | 0 | | 0-0 % | |
| >   Blasts | 0 | | 0-0 % | |
| >   Reac Lymph | 0 | | 0-0 % | |
| >   Plasma Cells | 0 | | 0-0 % | |
| >   Plt Est | Adequate | | | |
|    RBC Morphology | | | | |
| >   RBC Morph | Normal | | | |

---

Patient: JONES,DUSTIN       Age/Sex: 26/M       Acct#AE0001294539 Unit#ME00188104

---

Kirbyville 000065

SPECIMEN REPORT

Name:  JONES,DUSTIN                    Age/Sex: 26/M
Acct#: AE0001294539                    DOB:                   Location: AE.ICU     AE.2229-A
Unit#: ME00188104                                             Reg: 05/14/13   Disch:

SPEC #: 0514:PC00088R      COLL: 05/14/13-2005      SUBM DR: BENCOWITZ,HAROLD Z MD
STATUS: COMP              RECD: 05/14/13-2011      OTHER DR:
ORDERED:  Sodium

| Test          |   | Result |   | Flag | Reference      | Site |
|---------------|---|--------|---|------|----------------|------|
| > Sodium-POC  | I | 143    | I | I    | 136-145 mmol/L | I    |

Patient: JONES,DUSTIN              Age/Sex: 26/M      AcctAE0001294539 UnitME00188104

SPECIMEN REPORT

---

Name: JONES, DUSTIN
Acct#: AE0001294539
Unit#: ME00188104

Age/Sex: 26/M
DOB: ████████
Status: ADM IN

Attend Dr: BENCOWITZ, HAROLD Z MD
Location: AE.ICE       AE.2229-A
Reg: 05/14/13    Disch:

---

SPEC #: 0514:PC00096R       COLL: 05/14/13-2104       SUBM DR: BENCOWITZ, HAROLD Z MD
STATUS: COMP                RECD: 05/14/13-2106       OTHER DR:
ORDERED: Sodium

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > Sodium-POC | 143 | | 136-145 mmol/L | |

---

Patient: JONES, DUSTIN            Age/Sex: 26/M       Acct:AE0001294539  Unit:ME00188104

---

Kirbyville  000067

## SPECIMEN REPORT

---

Name: JONES,DUSTIN
Acct#: AE0001294539
Unit#: ME00100104

Age/Sex: 25/M
DOB: 08▮▮▮▮
Status: ADM IN

Attend Dr: ▮▮▮CONITZ,HAROLD Z MD
Location: ▮▮▮TCE    AE.2229-A
Reg: 05/14/13    Disch:

---

SPEC #: 0514:PC00104R    COLL: 05/14/13-2155    SUBM DR: BENCONITZ,HAROLD Z MD
STATUS: COMP              RECD: 05/14/13-2157    OTHER DR:
ORDERED: Sodium

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| > Sodium-POC | 146 | H | 136-145 mmol/L | |

---

Patient: JONES,DUSTIN          Age/Sex: 26/M     AcctAE0001294539 UnitME00100104

Christus Hospital St. Elizabeth
2830 Calder Street
Beaumont, TX 77702
409-899-7157

Signed

Pt Name: JONES,DUSTIN
09/31/1986 / 26 Y / M
MR: ME00188104
Acct: AE0001294539
Pt Location: AE.ICE AE.2229-A
Ordering Phy: BENCOWITZ, HAROLD Z MD

Exam Date and Time: 05/14/13 1733
Exam: 0514-0341 DX/CHEST 1 VIEW

Exam CPT: 71010
Report# RAD 0514-0540
Requisition# 13-0088710

Chest one-view 1739 hours

History:  Status post cardiac arrest, check central line placement.

Findings:

Right internal jugular central venous catheter tip overlies the expected cavoatrial
junction.

ET tube tip is well above the carina.

NG tube tip courses below the GE junction and projects over the expected
gastric fundus.

There is no focal lung consolidation, pleural effusion or pneumothorax.

EMERGENT INTERPRETATION

Dictated By: DIAZ,GREGORY C MD
Signed By: DIAZ,GREGORY C MD

SXQ
D: 05/14/13 1831
T: 05/14/13 1835
S: 05/14/13 1836

cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD          Patient Status: ADM IN
Ordering Phy: BENCOWITZ,HAROLD Z MD          Admit Service Date: 05/14/13

Kirbyville  000069

Christus Hospital St. Elizabeth
2830 Calder Street
Beaumont, TX 77702
409-899-7137

Signed

Pt Name: JONES,DUSTIN
08/31/1986 / 26 Y / M
MR: ME00188104
Acct: AE0001294539
Pt Location: AE.ICE AE.2229-A
Ordering Phy: BENCOWITZ, HAROLD S MD

Exam Date and Time: 05/15/13 0100
Exam: 0515-0044 DX/CHEST 1 VIEW

Exam CPT: 71010
Report# RAD 0515-0027
Requisition# 13-0088989

Chest 5/14/2013 11:50:00 PM

History: Vent management.

Findings:

This since the examination ofMay 14, 2013, the lungsremain essentially
clear. The life
support lines and tubes are stable.

Impression:

Stableappearance of the chest over the interim.

                    Dictated By: JOHNSON,RALEIGH F MD
                    Signed By: JOHNSON,RALEIGH F MD


SXQ
D: 05/15/13 0246
T: 05/15/13 0247
S: 05/15/13 0251


cc: BENCOWITZ,HAROLD S MD;
Admitting MD: BENCOWITZ,HAROLD Z MD       Patient Status: ADM IN
Ordering Phy: BENCOWITZ,HAROLD Z MD       Admit Service Date: 05/14/13

Attending MD: BENCOWITZ,HAROLD Z MD       Discharge Service Date:
Radiology Report       Report #: RAD 0515-0027

JONES, DUSTIN
26 Y / M
MR: █████04
Acc █████294539
Pt █████ AE.ICE AE.2229-A
Order █████ M: BENCOWITZ, HAROLD Z MD

Exam Date and Time: 05/15/13 1402
Exam: 051S-0262 DX/CHEST 1 VIEW

Exam CPT: 71010
Report# RAD 0515-0468
Requisition# 13-0089367

Chest one view May 15, 2013

Clinical history: Cardiac arrest.

Comparison: Chest one view May 15, 2013 at 02:31 a.m..

Findings:

Endotracheal tube tip projects approximately 3.1 cm from the carina.
Nasogastric tube is
stable in position. Previous right internal jugular central venous catheter
is not
definitively visualized on this exam. A right upper extremity PICC
catheter tip projects
over the expected right atrium.

No new pulmonary or pleural abnormality detected.

The remainder of the examination is not significantly changed.

Dictated By: DIMAALA, JAMES E MD
Signed By: DIMAALA, JAMES E MD

SXQ
D: 05/15/13 1444
T: 05/15/13 1449
S: 05/15/13 1452

cc: BENCOWITZ, HAROLD Z MD;
Admitting MD: BENCOWITZ, HAROLD Z MD        Patient Status: ADM IN

Christus Hospital St. Elizabeth
2830 Calder Street
Beaumont, TX 77702
409-899-7157

Signed

Pt Name: JONES,DUSTIN
            / 26 Y / M
MR: ME00188104
Acct: AE0001294539
Pt Location: AB.ICE AE.2229-A
Ordering Phy: BENCOWITZ, HAROLD Z MD

Exam Date and Time: 05/15/13
Exam: 0515-0020 NM/BRAIN SCAN SPECT
0515-0024 NM/BRAIN SCAN CM W/VAS FLOW

Exam CPT: 78606, 78607
Report# RAD 0515-0548
Requisition# 13-0089323


Emergent interpretation

Nuclear medicine brain vascular flow study with SPECT imaging

History: Brain death. Cardiac arrest. Unresponsive.

Technique: 25.0 mCi technetium 99m labeled Ceretec were administered.

Findings: There is lack of intracranial vascular flow, consistent with a
brain death.

Impression:
1.. Brain death.

Emergent interpretation



                    Dictated By: CONNER,DOUGLASS C MD
                    Signed By: CONNER,DOUGLASS C MD



SXQ
D: 05/15/13 1621
T: 05/15/13 1624
S: 05/15/13 1628


cc: BENCOWITZ,HAROLD Z MD;
Admitting MD: BENCOWITZ,HAROLD Z MD        Patient Status: ADM IN
Ordering Phy: BENCOWITZ,HAROLD Z MD        Admit Service Date: 05/14/13
Attending MD: BENCOWITZ,HAROLD Z MD        Discharge Service Date:
Radiology Report        Report #: RAD 0515-0548

Kirbyville  000074

188104



**FORENSIC MEDICAL OF TEXAS**
Beaumont/Jefferson County
P.O. Box 20097
Beaumont, Texas 77720
Tel: (409) 726-2571
Fax: (409) 726-2569

DATE: 5/16/2013

TO:    Christus St. Elizabeth Hospital - Records - 409-899-8195

RE:      **Name:**           Jone, Dustin
        **Date of Birth:**      08/31/1986
        **Social Security#:**   Unknown
        **Date of Death:**     5/15/2013

**Attention: Records Division/Release of Information Dept.**
Our forensic facility has been authorized to perform an autopsy on the above-referenced decedent for the purpose of determining the cause and manner of death. A copy of the Autopsy Authorization signed by the Justice of the Peace accompanies this fax for your records. In order to complete our investigation, we require medical records or information from your institution. The authority for this request is within the following statutes:

Health Insurance Portability and Accountability Act (HIPAA) of 1996 explicitly states that neither authorization by next of kin, nor a court order, is required to release private health information (PHI) to the Coroner, Medical Examiner and/or covered entities in line of his or her duties [see 45 C.F.R. § 164.512(g)].

Researching a decedent's past medical history is the first step in conducting a post-mortem investigation. Not only deaths from apparent natural causes, but also homicide, suicide, and accident investigations as well. It is vital that any medical examiner office obtain the most accurate medical history possible. Once the decedent's PHI is in the medical examiner's case file, it too becomes protected by HIPAA laws, and is used only for the purposes of the investigation.

We are requesting the following records:

- [ ] EMS Notes
- [ ] ER Notes
- [ ] Admissions H&P
- [ ] Laboratory Results
- [ ] Toxicology results (Blood alcohol & Tox Screen)
- [ ] Progress Notes
- [ ] Operative Reports
- [ ] Discharge Summary
- [ ] X-ray Reports

Other : All medical records from last visit to prior 3 months to include all diagnosis, medications, labs and surgical reports.

Please:    [ ] Call      [x] Fax      [ ] Mail      [ ] Hold for pickup

Contact:   Helga Briscoe     *Helga Briscoe*
Title:      Admin. Assist.

Kirbyville  000075

13-0319
LE 9:30

## AUTOPSY AUTHORIZATION

Phone: (409) 726-2571 / Fax: (409) 726-2369

Pathologist: You are hereby authorized to perform a full and complete autopsy on the body of the deceased:

**DUSTIN JONES**

And retain and dispose of organs or other specimens as deemed necessary, in order to ascertain the cause and manner of death.

**JUDGE RANSOM "DUCE" JONES**
Justice of the Peace

**JEFFERSON** County, TX, Precinct 6 .

DATE: **5-15-2013**
Address: **1225 PEARL STREET, SUITE 118**
**BEAUMONT, TEXAS 77701**
Phone: **(409)839-2513**
Fax: **(409)839-2303**

Location of death: **St. Elizabeth Hosp. I.C.U.**
Date of death **5-15-2013**     Time of death **5:05** AM (PM)
Investigating Law Enforcement Agency/Officer: **JCSO**

Name of Decedent: **Dustin Jones**
Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date of Birth: ▓▓▓▓▓▓▓▓▓     Age: **26**     Gender: (M) F     Race: W (B) H Other

Brief account of circumstances of death:
**Had A fight With JC's Officer Went**
**Unconcist**

Suspected COD: **Post Arrest**
Suspected manner of death: Natural Accident Suicide Homicide Unknown
Motor vehicle accident: Driver **N/A** Passenger     Seatbelt: Yes No Unknown
     Pedestrian     Unknown

Brief medical history including medications (please attach medication list or include meds with decedent):
**Alc + Drug History**

Legal Next of Kin: **Gabriel Jones**
Address of NOK: _____
Contact phone number: _____

Funeral Home: **Community**

Kirbyville  000076