# EXHIBIT "D"

**CD WITH 911 AUDIO WILL BE MAILED**