# EXHIBIT "G"



Fellow American Academy of
Forensic Sciences

# Nizam Peerwani, MD

Senior Forensic Consultant
Board Certified in Anatomic, Clinical and Forensic Pathology
Mailing Address: P.O. Box 121634, Arlington, Texas 76012
817-966-1739   817-496-9641 (FAX)

August 12, 2016

Mr. Ronnie Turner, Jr.
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704

Dear Mr. Turner,

      Re:    Shawntel Breed et al v. City of Kirbyville et al
                Civil Action No: 1:15-CV-190

You have requested that I provide a supplemental report clarifying whether Mr. Dustin Jones was intoxicated by XLR-11 at the time of his death.

Intoxication is a condition that follows the administration of a psychoactive substance and results in disturbances in the level of consciousness, cognition, perception, judgement, affect, or behavior. The disturbances are related to the acute pharmacological effects of the substance administered and resolve with time, with complete recovery, except where tissue damage or other complications have arisen. Intoxication is highly dependent on the type and dose of drug and is influenced by an individual's level of tolerance and other factors.

Detection of intoxication by psychoactive substance may be achieved by observing behavioral changes, performing field sobriety test or detection with quantitation of psychoactive substance in blood. Mere detection of drug in the blood is no proof that the person was intoxicated.

XLR-11 is a synthetic cannabinoid.  It is a psychoactive drug. Synthetic cannabinoids are an exponentially diverse group of designer drugs that have  become popular  due to the cannabimimetic high they offer. The cannabimimetic effects synthetic cannabinoids generally possess are attributed to their binding with specific receptors in the body including $CB_1$ and $CB_2$. $CB_1$ receptors are  located in the body's central system. $CB_2$ receptors are located in the peripheral nervous systems, immune system and hematopoietic cells.  Cannabinoid-like effect of these synthetic drugs is achieved by biding with $CB_1$ and $CB_2$ receptors. Due to their  separate locations, $CB_1$ receptors are generally associated with the hallucinogenic effects while the $CB_2$ receptors are linked to therapeutic effects.

Synthetic cannabinoid users report effects similar to those produced by  marijuana including elevated mood, relaxation, altered *perception (i.e.* awareness of surrounding objects and

1 | P a g e

Shawntel Breed et al v. City of Kirbyville et al
Civil Action No: 1:15-CV-190

conditions) and psychotic effects *including* delusional or disordered thinking detached from reality. Additionally in some users, psychotic effects may include anxiety, confusion, paranoia and hallucinations. Finally, some of the synthetic cannabinoids also exhibit side effects which includes manic episode, although XLR-11 is not known to cause that.

Mr. Dustin Jones exhibited none of the symptoms described above at the time of his attempted arrest or subsequently. There was obviously no field sobriety test performed and postmortem toxicology was limited to merely qualitative analysis. There was no attempt to quantitate the drug. In short, there is no objective or scientific evidence to indicate or prove that Mr. Jones was intoxicated at the time of his arrest or just prior to his death.

I reserve the right to change and/or expand upon these opinions should additional information become available to me. Thank you for allowing me to review this case.

Yours sincerely,

Nizam Peerwani, M.D.
*Senior Consultant*