# EXHIBIT "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED AND AS NEXT FRIEND OF DUSTIN JONES AND CENIYA JONES, MINOR CHILDREN | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:15-cv-00190 |
| CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | § § § § § § § | |

### DEFENDANT, OFFICER JOSH HANCOCK's RESPONSE TO REQUEST FOR ADMISSIONS

TO:  Plaintiffs, SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED AND AS NEXT FRIEND OF DUSTIN JONES AND CENIYA JONES, MINOR CHILDREN, by, and through their attorney of record, Mr. Ronnie Turner, Jr., Provost Umphrey Law Firm, L.L.P., 490 Park Street, Beaumont, TX 77704

COMES NOW, OFFICER JOSH HANCOCK, Defendant in the above-styled and numbered cause of action, and pursuant to the Rules of Civil Procedure, files this his Response to Plaintiffs' Request for Admissions on file herein. These Responses are made subject to such objections as shall be urged before the trial of this cause, and the Responses are following.

1

Respectfully submitted,

CALVERT EAVES CLARKE & STELLY, L.L.P.
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone: (409) 832-8885
Fax: (409) 832-8886
E-MAIL: fcalvert@calvert-eaves.com

By: _____
Frank D. Calvert
State Bar No. 03667700
SD #4226

**ATTORNEYS FOR DEFENDANTS, CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record by:

　　__XX__　By Telefacsimile

on this __23rd__ day of __December__, 2015.

_____
Frank D. Calvert

2

## RESPONSE TO REQUEST FOR ADMISSIONS

**REQUEST 1:** The court has personal jurisdiction over all parties in this lawsuit.

**RESPONSE:**

    **Admitted**

**REQUEST 2:** Plaintiff properly named Defendant in Plaintiff's Original Complaint.

**RESPONSE:**

    **Admitted name is correct name, otherwise Denied.**

**REQUEST 3:** The document attached as Exhibit "A" is a genuine copy of that document.

**RESPONSE:**

    **OBJECTION:** Defendant objects to this Request due to the fact it is vague and ambiguous Additionally there is no document attached to this request and therefore Defendant is unable to admit or deny this request and it is therefore denied.

**REQUEST 4:** Plaintiff properly and timely exhausted her administrative remedies.

**RESPONSE:**

    **Denied as worked**

**REQUEST 5:** Plaintiff satisfied all legal prerequisites before filing this suit.

**RESPONSE:**

    **Denied as worded.**

**REQUEST 6:** Decedent was arrested on May 14, 2012, by Chief Paul Brister and Officer Josh Hancock.

**RESPONSE:**

    **Denied.**

**REQUEST 7:** Decedent was not intoxicated at the time of the arrest.

**RESPONSE:**

    **Admitted**

**REQUEST 8**: Decedent was injured during the course of the arrest.

**RESPONSE:**

> It is admitted Decedent was struck with a flashlight on the head and had a small cut, otherwise denied.

**REQUEST 9**: Decedent was handcuffed at the time the injuries occurred.

**RESPONSE:**

> Denied

**REQUEST 10**: Decedent was not offered medical attention for his injuries during detention.

**RESPONSE:**

> Denied.

**REQUEST 11**: At the time of Decedent's arrest and detention Officer Josh Hancock was acting in his official capacity for City of Kirbyville Police Department.

**RESPONSE:**

> Admitted.

**REQUEST 12**: At the time of Decedent's arrest and detention Officer Josh Hancock was acting under color of the laws of the State of Texas.

**RESPONSE:**

> Admitted.

**REQUEST 13**: At the time of Decedent's arrest and detention Officer Josh Hancock followed the established policies and customs of the City of Kirbyville.

**RESPONSE:**

> Admitted

**REQUEST 14**: Officer Josh Hancock has had a complaint filed against him for abuse of authority.

**RESPONSE:**

> Denied.

4

**REQUEST 15:** Officer Josh Hancock has had verbal complaints lobbied against him for abuse of authority.

**RESPONSE:**

Denied.

**REQUEST 16:** Officer Josh Hancock has had verbal complaints lobbied against him for excessive force.

**RESPONSE:**

Denied.

**REQUEST 17:** Officer Josh Hancock has had a lawsuit filed against him for abuse of authority.

**RESPONSE:**

Denied.

**REQUEST 18:** Officer Josh Hancock has had a complaint filed against him for excessive force.

**RESPONSE:**

Denied.

**REQUEST 19:** Officer Josh Hancock has had a lawsuit filed against him for excessive force.

**RESPONSE:**

Denied.

**REQUEST 20:** City of Kirbyville had a lawsuit filed against it related to the actions of Officer Josh Hancock.

**RESPONSE:**

Denied.

**REQUEST 21:** Officer Josh Hancock has had a complaint filed against him for failure to provide medical treatment.

**RESPONSE:**

Denied.

5

**REQUEST 22:** Officer Josh Hancock has had a lawsuit filed against him for failure to provide medical treatment.

**RESPONSE:**

> Denied.

**REQUEST 23:** Officer Josh Hancock drank alcohol before or during duty on the date decedent was arrested.

**RESPONSE:**

> Denied.

**REQUEST 24:** Decedent did not commit a crime in your presence on May 14, 2013.

**RESPONSE:**

> Denied.

**REQUEST 25:** Decedent was not told he was under arrest before the physical actions that resulted in Decedent's injury.

**RESPONSE:**

> Denied.

**REQUEST 26:** Officer Josh Hancock drew his weapon during the arrest of Decedent.

**RESPONSE:**

> **Admitted for a short period of time, otherwise denied.**

**REQUEST 27:** Decedent was in the custody of law-enforcement personnel on May 14, 2013.

**RESPONSE:**

> **OBJECTION:** Defendant objects to this Request due to the fact it is overbroad, vague and ambiguous. Subject to the foregoing objection, it is admitted at a certain point in time, otherwise denied as worded.

**REQUEST 28:** City of Kirbyville conducted an investigation of Decedent's arrest, injury, and detention.

**RESPONSE:**

> Denied.

6

**REQUEST 29:** Photographs were taken at the site of Decedent's arrest on May 14, 2013.

**RESPONSE:**

    Not to my knowledge.

**REQUEST 30:** Decedent suffered severe bodily injury during his arrest.

**RESPONSE:**

    Denied.

**REQUEST 31:** Officer Josh Hancock did not find any deadly weapon on Decedent during the course of arrest and detention.

**RESPONSE:**

    Admitted.

**REQUEST 32:** During the course of detention and arrest of Decedent Officer Josh Hancock placed his body weight on top of Decedent.

**RESPONSE:**

    Denied as worded.

**REQUEST 33:** During the course of detention and arrest Officer Josh Hancock held Decedent's hands to the side of him while his body weight was on Decedent's torso.

**RESPONSE:**

    Denied as worded.

**REQUEST 34:** Officer Josh Hancock has caused or contributed to the death of a suspect or criminal during the course of duty.

**RESPONSE:**

    Denied.

**REQUEST 35:** Officer Josh Hancock has been involved on previous occasion(s) where a suspect, criminal, and/or convict has lost his life, while Hancock was performing his duties as an officer.

**RESPONSE:**

    Denied.