# EXHIBIT "J"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED AND AS NEXT FRIEND OF DUSTIN JONES AND CENIYA JONES, MINOR CHILDREN | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:15-cv-00190 |
| CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES | § § § § § § | |

## DEFENDANT, CITY OF KIRBYVILLE'S RESPONSE TO PLAINTIAFF'S SECOND REQUSET FOR PRODUCTION

TO:   Plaintiffs, SHAWNTEL BREED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DUSTIN KEITH JONES, DECEASED AND AS NEXT FRIEND OF DUSTIN JONES AND CENIYA JONES, MINOR CHILDREN, by, and through their attorney of record, Mr. Ronnie Turner, Jr., Provost Umphrey Law Firm, L.L.P., 490 Park Street, Beaumont, TX 77704

COMES NOW, CITY OF KIRBYVILLE, Defendant in the above-styled and numbered cause of action, and pursuant to the Rules of Civil Procedure, files this its Response to Plaintiffs' Second Request for Production on file herein. These Responses are made subject to such objections as shall be urged before the trial of this cause, and the Responses are following.

1

Respectfully submitted,

CALVERT EAVES CLARKE & STELLY, L.L.P.
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone: (409) 832-8885
Fax:   (409) 832-8886
E-MAIL: fcalvert@calvert-eaves.com

By: _____
Frank D. Calvert
State Bar No. 03667700
SD #4226

**ATTORNEYS FOR DEFENDANTS, CITY OF KIRBYVILLE, CHIEF PAUL BRISTER, AND OFFICER JOSH HANCOCK OF THE CITY OF KIRBYVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record by:

__XX__ By Telefacsimile

on this __12th__ day of __July__, 2016.

_____
Frank D. Calvert

2

## CITY OF KIRBYVILLE'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

REQUEST 16: Any and all audio recordings of any type made of the conversations between defense counsel and witness Krissy Thomas-Adams made or recorded prior to her signing her affidavit dated April 28, 2016. Specifically including the audio recording mentioned in Krissy Thomas-Adams' deposition at 70:12-71:8.

**RESPONSE:**

**None.**

REQUEST 17: Any and all audio recording devices of any type used to record the conversations between defense counsel and witness Krissy Thomas-Adams made or recorded prior to her signing her affidavit dated April 28, 2016. Specifically including the audio recording mentioned in Krissy Thomas-Adams' deposition at 70:12-71:8.

**RESPONSE:**

**None.**

3

# CALVERT EAVES CLARKE & STELLY, L.L.P.
## Attorneys at Law

BEAUMONT TOWER
2615 CALDER AVENUE, SUITE 1070
BEAUMONT, TEXAS 77702
409.832.8885
409.832.8886 (FAX)
WWW.CALVERT-EAVES.COM

**DATE:** July 12, 2016

**TO:** Mr. Ronnie Turner, Jr.
PROVOST UMPHREY LAW FIRM, L.L.P
*(409) 813-8605*

**NUMBER OF PAGES:** (Including cover sheet): 29

**RE:** City of Kirbyville's Answers to Discovery

*****************************************************************

**FROM:** Frank Calvert/cdf

**PHONE #** (409) 832-8885

**FILE #** 83855.0159/BREED

*Please check transmission after the last page. If this FAX transmission is illegible or you do not receive all pages, please call sender at the number above. If you wish to respond, use FAX NO. (409) 832-8886*

******NOTE******

*The accompanying facsimile is intended solely for the use of the recipient(s) designated above. Document(s) transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient(s) is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone at (409) 832-8885.*

**ATTORNEY CLIENT COMMUNICATION * PRIVILEGED * ATTORNEY WORK PRODUCT**